**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick, State Bar No. 004738
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Telephone: (602) 255-6000
Email: rgh@tblaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
       lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and the Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady,<br><br>Defendants. | No. 2:20-cv-01797-PHX-SPL<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF ANGELO BAIO TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**JUDGE: Steven P. Logan** |

[Additional captions below]

NOTICE OF MOTION AND MOTION OF ANGELO BAIO

| | | |
|---|---|---|
| 1 | John L. Wojichowski, individually and on behalf of all others similarly situated, | No. 2:20-cv-01819-DLR |
| 2 | | |
| 3 | Plaintiff, | **JUDGE: Douglas L. Rayes** |
| 4 | vs. | |
| 5 | | |
| 6 | Nikola Corporation, Trevor Milton, Mark A. Russell, and Kim J. Brady, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | Albert Holzmacher; Michael Wood; and Tate Wood, on behalf of themselves and all others similarly situated, | No. 2:20-cv-02123-JJT |
| 10 | | |
| 11 | | **JUDGE: John J. Tuchi** |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | | |
| 15 | Nikola Corporation; Trevor R. Milton; Mark A. Russell; Kim J. Brady; Stephen J. Girsky; and Steven M. Shindler, | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | William Eves, individually and on behalf of all others similarly situated, | No. 2:20-cv-02168-DLR |
| 20 | | |
| 21 | Plaintiff, | **JUDGE: Douglas L. Rayes** |
| 22 | vs. | |
| 23 | | |
| 24 | Nikola Corporation, Trevor R. Milton, Mark A. Russell, and Kim Brady, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

2
NOTICE OF MOTION AND MOTION OF ANGELO BAIO

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that pursuant to pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Angelo Baio ("Movant") hereby moves this Court, the Honorable Douglas L. Rayes, for an order:

1. consolidating the above-captioned related actions;

2. appointing Movant as Lead Plaintiff; and

3. approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Tiffany & Bosco, P.A. as Liaison Counsel for the Class.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Richard G. Himelrick with exhibits, the pleadings and other files in this matter, and such other written or oral argument permitted by the Court.

Dated: November 16, 2020        Respectfully submitted,

**TIFFANY & BOSCO, P.A.**

By: */s/ Richard G. Himelrick*
    Richard G. Himelrick
    Seventh Floor Camelback Esplanade II
    2525 E. Camelback Road
    Phoenix, AZ 85016

*[Proposed] Liaison Counsel for Movant And the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016

*[Proposed] Lead Counsel for Movant And the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Shelley Boettge
Shelley Boettge