**PRICE LAW GROUP**
David A. Chami (027585)
8245 North 85th Way
Scottsdale, AZ 85258
Telephone: 818-600-5515
Facsimile: 818-600-5415
E-mail: david@pricelawgroup.com

[Additional Counsel Appear on Signature Page]

*Counsel for Movant Shahab Sandhu*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady<br><br>Defendants. | Case No. CV-20-01797-PHX-SPL<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION TO THE COMPETING MOTIONS FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| John L. Wojichowski, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Nikola Corporation, Trevor Milton, Mark A. Russell, and Kim J. Brady,<br><br>Defendants. | Case No. CV-20-01819-PHX-DLR |

| | |
|---|---|
| Albert Holzmacher; Michael Wood; and Tate Wood, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiff,<br>   vs.<br><br>Nikola Corporation; Trevor R. Milton; Mark A. Russell; Kim J. Brady; Stephen J. Girsky; and Steven M. Shindler,<br><br>                   Defendants. | Case No. CV-20-02123-PHX-JJT |
| William Eves, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>   vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, and Kim Brady,<br><br>                   Defendants. | Case No. CV-20-02168-PHX-DLR |

1 | Movant Shahab Sandhu ("Movant") respectfully submits this Notice of Non-Opposition to the Competing Motions for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel.

Having reviewed the competing motions filed by the other movants seeking appointment as lead plaintiff, it appears that Movant does not possess the "largest financial interest in the relief sought by the class" as required by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). If, however, the Court was to determine that the other lead plaintiff movants with losses larger than Movant are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as a class representative.

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of class members, and his ability to serve as representative parties should the need arise.

Respectfully submitted,

DATED: November 24, 2020          **PRICE LAW GROUP**

By:  /s/David A. Chami
David A. Chami
8245 North 85th Way
Scottsdale, AZ 85258
Telephone: 818-600-5515
Facsimile: 818-600-5415
E-mail: david@pricelawgroup.com

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email:  *bernstein@bernlieb.com*
            *lhasson@bernlieb.com*
            *mguarnero@bernlieb.com*

*Counsel for Shahab Sandhu*

**CERTIFICATE OF SERVICE**

I, David A. Chami, hereby certify that on November 24, 2020, I authorized a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/David A. Chami*
David A. Chami