IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02168-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

　　　　Movant Mahjabin Dinyarian has filed a motion for reconsideration (Doc. 51) of the Court's order appointing Angelo Baio as Lead Plaintiff and approving his selection of Lead Counsel and Liaison Counsel for the class (Doc. 50). Having reviewed that request, the Court will allow a response. *See* LRCiv 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court…"). Accordingly,

　　　　**IT IS ORDERED** that the parties shall have until **January 13, 2021** to file a response to Movant Mahjabin Dinyarian's Motion for Reconsideration (Doc. 51).

　　　　Dated this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge