IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　Defendants. | No.  CV-20-01797-PHX-SPL<br><br>No.  CV-20-01819-PHX-SPL (cons.)<br>No.  CV-20-02123-PHX-SPL (cons.)<br>No.  CV-20-02168-PHX-SPL (cons.)<br>No.  CV-20-02237-PHX-SPL (cons.)<br>No.  CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is Consolidated Plaintiff William Eves' Notice of Voluntary Dismissal (Doc. 52).  Consolidated Plaintiff William Eves seeks to voluntarily dismiss *Eves v. Nikola Corporation, et al.*, CV-20-02168-PHX-SPL, which has been consolidated with *Borteanu v. Nikola Corporation, et al.*, CV-20-01797-PHX-SPL.  Accordingly,

**IT IS ORDERED** that *Eves v. Nikola Corporation, et al.*, CV-20-02168-PHX-SPL, is dismissed without prejudice and the Clerk of Court shall terminate that action.

**IT IS FURTHER ORDERED** that Consolidated Plaintiff William Eves is dismissed from the lead consolidated action without prejudice.

Dated this 4th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge