**UNITED STATE DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>  Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-DLR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**STIPULATION REGARDING SCHEDULE FOR FILING OPERATIVE COMPLAINT AND RELATED MOTIONS** |

Lead Plaintiff Angelo Baio ("Lead Plaintiff") and Defendants Nikola Corporation, Trevor R. Milton, Steve Girsky, Steve Shindler, Mark A. Russell, and Kim J. Brady (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), hereby submit this stipulation.

## RECITALS

**WHEREAS**, on September 15, 2020, Plaintiff Daniel Borteanu filed a putative class action complaint (Doc. 1)(the "Complaint") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 (the "1934 Act"), and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (the "SEC") against the Defendants;

**WHEREAS**, on September 21, 2020, Plaintiff Daniel Borteanu filed an amended putative class action complaint (Doc. 5) (the "Amended Complaint") in the above-captioned case;

**WHEREAS**, the Amended Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

**WHEREAS**, on December 15, 2020, the Court issued its Order consolidating several related actions, Case Nos. CV-20-01797-PHX-SPL, CV-20-01819-PHX-DLR, CV-20-02123-PHX-JJT, CV-20-02168-PHX-DLR, CV-20-02237-PHX-DLR, and CV-20-02374-PHX-DWL, with this matter as the lead case, appointing Angelo Baio as Lead Plaintiff and approving Lead Plaintiff's selection of lead counsel;

**WHEREAS**, now that Lead Plaintiff has been appointed, an operative complaint must be identified, or an amended or consolidated complaint filed, which will become the operative complaint, 15 U.S.C. § 77z-1(a)(3)(B);

**WHEREAS**, on November 4, 2020, the Parties submitted a Joint Stipulation Extending Deadline for Defendants to Respond to Complaint (Doc. 11), which was so ordered by the Court on November 10, 2020 (Doc. 13), and wherein the Parties agreed that Defendants and Lead Plaintiff would meet and confer regarding a briefing schedule with respect to any anticipated motions challenging sufficiency of the operative pleading, the jurisdiction of the court and/or the appropriate venue;

**WHEREAS**, counsel for Lead Plaintiff and counsel for Defendants conferred on January 5, 2021 regarding a schedule for the filing of any motions to dismiss the operative complaint and related briefing, for the purpose of ensuring that the action proceeds in an efficient and orderly manner;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the approval of this Court, that:

1. Above-referenced counsel for Defendants agree that they have or shall enter appearances on behalf of their respective clients in this action, waive service of the Amended Complaint, and accept service of any subsequent papers filed in the above-captioned action on behalf of their respective clients.

2. Unless otherwise agreed by the parties or ordered by the Court, Lead Plaintiff will file an amended consolidated complaint on or before sixty (60) days following entry of the Court's order approving this stipulation. Defendants will answer, move to dismiss, or otherwise respond to the then-operative complaint on or before sixty (60) days following the date Lead Plaintiff files the consolidated amended complaint. If any of the Defendants file any motion(s) in response to the then-operative complaint, Lead Plaintiff shall file his brief(s) in opposition to any such motion(s) on or before forty-five (45) days following the date Defendants file their motion(s), and Defendants shall file any reply in further support of such motion(s) on or before forty-five (45) days following the date Lead Plaintiff files their brief in opposition.

3. This Stipulation is entered without prejudice to any party seeking any interim relief, and the parties reserve all of their respective rights. Neither Lead Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

4. This Stipulation may be executed in counterpart, and may be executed by way of facsimile or electronic signature, and if so, shall be considered an original.

**IT IS SO STIPULATED.**

DATED: January 20, 2021

By: /s/ Gabor Balassa
Leo R. Beus
Thomas A. Gilson
K. Reed Willis
BEUS GILBERT MCGRODER PLLC
701 North 44th Street
Phoenix, AZ 85008-6504

Asheesh Goel (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Whitney L. Becker (*pro hac vice*)
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, Illinois 60654

Jeremy A. Fielding (*pro hac vice*)
KIRKLAND & ELLIS, LLP
1601 Elm Street
Dallas, Texas 75201

*Attorneys for Defendants Nikola Corporation, Steve Girsky, Steve Shindler, Mark A. Russell and Kim J. Brady*

By: /s/ Bradley J. Bondi
Bradley J. Bondi (*pro hac vice*)
Peter J. Linken (*pro hac vice*)
Cahill Gordon & Reindell LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
Email: bbondi@cahill.com
         plinken@cahill.com

Troy A. Wallin
Chad Hester
WallinHester PLC
Rome Towers
1760 East Pecos Road, Suite 332
Gilbert, Arizona 85295
Phone: (480) 240-4150
Email: twallin@wallinhester.com
         c.hester@wallinhester.com

*Attorneys for Defendant Trevor Milton*

By: /s/ Brent J. LaPointe
Richard G. Himelrick (No. 004738)
TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Tel: (602) 255-6000

- 4 -

Email: rgh@tblaw.com

*Liaison Counsel for Lead Plaintiff*

Phillip Kim
Lawrence M. Rosen (*pro hac vice*)
Phillip Kim (*pro hac vice*)
Brian Alexander (*pro hac vice*)
Brent LaPointe (*pro hac vice*)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        balexander@rosenlegal.com
        blapointe@rosenlegal.com

*Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Brent J. LaPointe