1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8    Daniel Borteanu,                    )    No.  CV-20-01797-PHX-SPL
                                         )
9                        Plaintiff,      )    No.  CV-20-01819-PHX-SPL (cons.)
                                         )    No.  CV-20-02123-PHX-SPL (cons.)
10   vs.                                 )    No.  CV-20-02168-PHX-SPL (cons.)
                                         )    No.  CV-20-02237-PHX-SPL (cons.)
11                                       )    No.  CV-20-02374-PHX-SPL (cons.)
     Nikola Corporation, et al.,         )
12                                       )
                                         )
13                       Defendants.     )
                                         )    **ORDER**
14   _____ )

15        Before the Court is the parties' Stipulation Regarding Schedule for Filing Operative

16   Complaint and Related Motions (Doc. 57).  The parties stipulate to provide Lead Plaintiff

17   sixty (60) days to file an amended consolidated complaint and sixty (60) days for

18   Defendants to file an answer or otherwise respond.  If Defendants file a motion to dismiss,

19   the parties further stipulate that Lead Plaintiff shall file a response within forty-five (45)

20   days, and Defendants shall file their reply within another forty-five (45) days.  Although

21   the Court appreciates the complexity of the case, the parties provide no reason why such

22   excessive extensions are needed.  Accordingly,

23        **IT IS ORDERED** that the Stipulation (Doc. 57) is **granted as modified**.

24        **IT IS FURTHER ORDERED** that Lead Plaintiff shall have **forty-five (45) days**

25   from the date of this Order to file an amended consolidated complaint.

26        **IT IS FURTHER ORDERED** that Defendants shall have **forty-five (45) days** to

27   file an answer to the amended consolidated complaint or otherwise respond as provided by

28   Rule 12 of the Federal Rules of Civil Procedure.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that, if Defendants file a motion to dismiss the amended consolidated complaint, the Lead Plaintiff shall have **thirty (30) days** to file a responsive memorandum, and Defendants shall have **thirty (30) days** to file a reply.

Dated this 28th day of January, 2021.

Honorable Steven P. Logan
United States District Judge