UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GEORGE MERSHO; et al.<br><br>_____<br><br>GEORGE MERSHO; et al.,<br><br>                    Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA,<br>PHOENIX,<br><br>                   Respondent,<br><br>NIKOLA CORPORATION; et al.,<br><br>                Real Parties in Interest. | No.   20-73819<br><br>D.C. No. 2:20-cv-01797-SPL<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: CANBY, GRABER, and FRIEDLAND, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order,

the real parties in interest shall file an answer. The district court may elect to file

an answer with this court or to issue a supplemental order and serve a copy on this

court. Petitioners may file a reply within 7 days after service of the answer.

The petition, answer(s), and any reply shall be referred to the next available

argument panel. *See* 9th Cir. Gen. Ord. 3.3(f).

The Clerk shall serve this order on the district court and District Judge Steven P. Logan.