# UNITED STATE DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-DLR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**JOINT STIPULATION TO STAY ACTION DURING PENDENCY OF THE WRIT OF MANDAMUS** |

Lead Plaintiff Angelo Baio ("Lead Plaintiff" or "Baio"), Defendants Nikola Corporation, Trevor R. Milton, Steve Girsky, Steve Shindler, Mark A. Russell, and Kim J. Brady (collectively, "Defendants,"), and George Mersho, Vincent (Vi Kinh) Chau, and Stanley Karcynski (the "Nikola Investor Group" together with Lead Plaintiff and Defendants, the "Parties"), hereby submit this joint stipulation to stay the above-captioned action (the "Action") during the pendency of the petition for writ of mandamus in *Mersho, et al. v. United States District Court for the District of Arizona, Phoenix*, 20-73819 (9th Cir.) (the "Mandamus Petition").

## **RECITALS**

**WHEREAS**, on December 15, 2020, the Court issued an Order consolidating several related actions, with this matter as the lead case, appointing Baio as Lead Plaintiff, and approving Lead Plaintiff's selection of Lead and Liaison Counsel ("Lead Plaintiff Order") (Doc. 50);

1    **WHEREAS**, on December 23, 2021, lead plaintiff movant Mahjabin Dinyarian
2    ("Dinyarian") filed a motion for reconsideration of the Lead Plaintiff Order (Doc. 51),
3    which Baio opposed on January 13, 2021 (Doc. 56);

4    **WHEREAS**, on December 30, 2020, the Nikola Investor Group filed the
5    Mandamus Petition with the Ninth Circuit seeking a writ of mandamus that: (1) vacates the
6    Lead Plaintiff Order, (2) directs the Court to appoint the Nikola Investor Group as lead
7    plaintiff, and (3) clarifies that groups are explicitly permitted to serve as lead plaintiff under
8    the Private Securities Litigation Reform Act of 1995, as long as they satisfy the adequacy
9    and typicality requirements of Fed. R. Civ. P. 23;

10   **WHEREAS**, on January 20, 2021, the Parties filed the Stipulation Regarding
11   Scheduling for Filing Operative Complaint and Related Motions (Doc. 57), which the
12   Court Ordered, as modified, on January 28, 2021 (the "Scheduling Order") (Doc. 58).
13   According to the Scheduling Order, Lead Plaintiff has until March 15, 2021 to file an
14   amended consolidated complaint, Defendants have until April 29, 2021 to file an answer
15   or otherwise respond pursuant to Fed. R. Civ. P. 12. *Id*. If Defendants filed a motion to
16   dismiss the amended consolidated complaint, Lead Plaintiff has until June 1, 2021 to file a
17   responsive memorandum and Defendants have until July 1, 2021 to file a reply. *Id*.

18   **WHEREAS**, on February 11, 2021, the Ninth Circuit entered a schedule providing
19   fourteen (14) days for the real parties in interest, including Baio, Defendants, and this Court
20   (at its own election), to file an answer to the Mandamus Petition and the Nikola Investor
21   Group seven (7) days to reply to any answer. *Id.* The Ninth Circuit's order was filed in the
22   Action. (Doc. 62).

23   **WHEREAS**, on February 18, 2021, the Ninth Circuit docketed a notice that the
24   Mandamus Petition is being considered for the upcoming June 2021 oral argument calendar
25   in San Francisco;

26   **WHEREAS**, in response to the pendency of the Mandamus Petition, on February
27   18, 2021, the Court denied Dinyarian's motion for reconsideration of the Lead Plaintiff

Order as moot "due to the pending results of the Petition for Writ of Mandamus before the Ninth Circuit." (Doc. 63);

**WHEREAS**, on February 19, 2021, the Nikola Investor Group filed a motion to stay proceedings pending the disposition of the Mandamus Petition (Doc. 64); and

**WHEREAS**, the Parties agree for the purpose of ensuring that the putative class action proceeds in an efficient and orderly manner and to promote judicial economy, the Action should be stayed during the pendency of the Mandamus Petition;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the approval of this Court, that:

1. The Action is stayed during the pendency of the Mandamus Petition. The deadlines entered in the Scheduling Order are vacated.

2. If the Ninth Circuit denies to issue a writ of mandamus in response to the Mandamus Petition, within twenty-one (21) days after entry of the Ninth Circuit's order of denial, Lead Plaintiff will file an amended consolidated complaint. Defendants shall have forty-five (45) days from the filing of an amended consolidated complaint to file an answer to the amended consolidated complaint or otherwise respond as provided by Fed. R. Civ. P. 12. If Defendants file a motion to dismiss the amended consolidated complaint, Lead Plaintiff shall have thirty (30) days to file a responsive memorandum, and Defendants shall have thirty (30) days to file a reply.

3. If the Ninth Circuit issues a writ of mandamus, the parties to this Action will meet and confer within fourteen (14) days after the Court vacates the Lead Plaintiff Order or otherwise appoints a different lead plaintiff and propose a schedule for the Court's consideration.

4. This Stipulation is entered without prejudice to any party seeking any interim relief, and the parties reserve all of their respective rights. The Parties do not waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

5. This Stipulation may be executed in counterpart, and may be executed by way of facsimile or electronic signature, and if so, shall be considered an original.

**IT IS SO STIPULATED.**

DATED: February 24, 2021

By: /s/ *Thomas A. Gilson*
Leo R. Beus
Thomas A. Gilson
K. Reed Willis
BEUS GILBERT MCGRODER PLLC
701 North 44th Street
Phoenix, AZ 85008-6504

Asheesh Goel (*pro hac vice*)
Gabor Balassa (*pro hac vice*)
Whitney L. Becker (*pro hac vice*)
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, Illinois 60654

Jeremy A. Fielding (*pro hac vice*)
KIRKLAND & ELLIS, LLP
1601 Elm Street
Dallas, Texas 75201

*Attorneys for Defendants Nikola Corporation, Steve Girsky, Steve Shindler, Mark A. Russell and Kim J. Brady*

By:/s/ *Bradley J. Bondi*
Bradley J. Bondi (*pro hac vice*)
Peter J. Linken (*pro hac vice*)
CAHILL GORDON & REINDELL LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
Email: bbondi@cahill.com
          plinken@cahill.com

Troy A. Wallin
Chad Hester

WALLINHESTER PLC
Rome Towers
1760 East Pecos Road, Suite 332
Gilbert, Arizona 85295
Phone: (480) 240-4150
Email: twallin@wallinhester.com
c.hester@wallinhester.com

*Attorneys for Defendant Trevor Milton*

By: */s/ Brian B. Alexander*
Phillip Kim (*pro hac vice*)
Laurence M. Rosen (*pro hac vice*)
Brian B. Alexander (*pro hac vice*)
Brent LaPointe (*pro hac vice*)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com
balexander@rosenlegal.com
blapointe@rosenlegal.com

*Counsel for Lead Plaintiff Angelo Baio*

Richard G. Himelrick (No. 004738)
TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Tel: (602) 255-6000
Email: rgh@tblaw.com

*Liaison Counsel for Lead Plaintiff Angelo Baio*

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

ahood@pomlaw.com

Jeffrey C. Block
Jacob A. Walker
Michael Gaines
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Counsel for the Nikola Investor Group*

David J. Schwartz (*pro hac vice*)
Francis P. McConville (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0800
Fax: (212) 883-7070
dschwartz@labaton.com
fmcconville@labaton.com

*Additional Counsel for Nikola Investor Group*

Gary A. Gotto (No. 007401)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel.: (602) 230-6322

*Liaison Counsel for Nikola Investor Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian B. Alexander*