IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>  Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>  Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-DLR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**ORDER** |

Before the Court is Plaintiff Angelo Baio's Notice of Motion, Motion, and Memorandum of Points and Authorities of Movant Angelo Baio to Set an Evidentiary Hearing Regarding Lead Plaintiff Appointment. (Doc. 70)

The Ninth Circuit has reached a decision on the pending petition for writ of mandamus (Doc. 69); however, the mandate has not yet been issued. Therefore, the Court will not yet lift the stay in the proceedings and will not set an evidentiary hearing at this time.

Therefore,

**IT IS ORDERED** that Angelo Baio's Motion to Set an Evidentiary Hearing Regarding Lead Plaintiff Appointment (Doc. 70) is **denied without prejudice**.

Dated this 13th day of August, 2021.

Honorable Steven P. Logan
United States District Judge