1
2
3
4
5

**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick, State Bar No. 004738
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ 85016
Telephone: (602) 255-6000
Email: rgh@tblaw.com

6

*Liaison Counsel for Angelo Baio*

7
8
9
10
11
12
13
14

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
Brent LaPointe (*Admitted pro hac vice*)
Brian B. Alexander (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
        lrosen@rosenlegal.com
        blapointe@rosenlegal.com
        balexander@rosenlegal.com

15

*Counsel for Angelo Baio*

16

17

## UNITED STATES DISTRICT COURT

18

## DISTRICT OF ARIZONA

19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady, <br><br> Defendants. | No. 2:20-cv-01797-PHX-SPL <br><br> **LEAD PLAINTIFF MOVANT ANGELO BAIO'S RESPONSE TO MOTION OF THE NIKOLA INVESTOR GROUP II TO LIFT STAY OF PROCEEDINGS AND ISSUE SCHEDULING ORDER** <br><br> **JUDGE: Steven P. Logan** |

1    Lead Plaintiff Movant Angelo Baio respectfully submits this Response to Nikola

2    Investor Group II's ("Group II")[1] motion to lift the stay and issue a scheduling order.  Dkt.

3    No. 72.  Mr. Baio supports the lifting of the stay and the issuance of a scheduling order so

4    that the Court can move forward with the lead plaintiff appointment process.[2]

5    The Court, however, should first set an expedited briefing schedule for Mr. Baio's

6    renewed motion for an evidentiary hearing that he intends to file when the stay is lifted.[3]

7    Mr. Baio's renewed motion will include the same supporting memorandum filed on

8    August 13, 2021, thus there will be no undue prejudice to the parties from an expedited

9    schedule.  As such, the Court should set oppositions to the renewed motion due seven days

10   after filing of the renewed motion and replies seven days thereafter.

11   Dated: September 24, 2021                Respectfully submitted,

12                                            **TIFFANY & BOSCO, P.A.**

13

14                                           By: */s/ Richard G. Himelrick*
                                                Richard G. Himelrick, State Bar #004738
15                                              Seventh Floor Camelback Esplanade II
                                                2525 E. Camelback Road
16                                              Phoenix, AZ 85016
                                                Telephone: (602) 255-6000
17                                              Email:  rgh@tblaw.com

18                                              *Liaison Counsel for Angelo Baio*

19

20   _____

21   [1]  Vincent (Vi Kinh) Chau, George Mersho, and Stanley Karczynski.
     [2]  Mr. Baio also contacted the Ninth Circuit for guidance on whether a mandate would
22   issue.  On September 7, 2021, we emailed the Ninth Circuit's clerk's office pursuant to
     guidance provided on that Court's website.  Group II's counsel was copied on that email.
23   We filed a similar letter with the Ninth Circuit on September 20, 2021.  *In re Mersho*, No.
     20-73819 (9th Cir. 2021), Dkt. No. 29.  Had we received any response like Group II did,
24   we would have alerted this Court.
     [3] On August 13, 2021, Mr. Baio moved for an evidentiary hearing requiring the attendance
25   of lead plaintiff movants wishing to pursue their motion for the presentation of
     documentary and testimonial evidence as to adequacy and typicality in connection with
26   the Court's consideration of the lead plaintiff motions.  Dkt. No. 70.  On August 16, 2021,
     the Court denied the motion without prejudice as the matter was stayed and a mandate had
27   not issued.  Dkt. No. 71.

28
                                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (*Admitted pro hac vice*)
Laurence M. Rosen (*Admitted pro hac vice*)
Brent LaPointe (*Admitted pro hac vice*)
Brian B. Alexander (*Admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
          lrosen@rosenlegal.com
          blapointe@rosenlegal.com
          balexander@rosenlegal.com

*Counsel for Angelo Baio*

LEAD PLAINTIFF MOVANT ANGELO BAIO'S RESPONSE TO MOTION OF THE
NIKOLA INVESTOR GROUP II TO LIFT STAY AND ISSUE SCHEDULING ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Shelley Boettge*
Shelley Boettge

4