IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>              Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>             Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-DLR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**ORDER** |

Having reviewed the Ninth Circuit's decision (Doc. 69), Lead Plaintiff Movant Nikola Investor Group's Motion to Lift Stay of Proceedings and Issue Scheduling Order (Doc. 72), and Lead Plaintiff Movant Angelo Baio's Response (Doc. 74),

**IT IS ORDERED** that the Motion to Lift Stay of Proceedings and Issue Scheduling Order (Doc. 72) is **granted** and the stay on this matter is **lifted**.

**IT IS FURTHER ORDERED** setting an expedited briefing schedule on Plaintiff Baio's Motion for an Evidentiary Hearing as follows:

1. Plaintiff Baio shall file his Motion for an Evidentiary Hearing no later than **October 18, 2021**;
2. Any oppositions to the Motion shall be filed no later than **October 25, 2021**; and
3. Any replies shall be filed no later than **November 1, 2021**.

///

///

1    **IT IS FURTHER ORDERED** that the Court will issue an order naming a lead plaintiff based on the briefing already submitted to the Court (Docs. 16, 17, 19, 20, 24, 28, 30, 31, 34, 39, 40, 41, 42, 46, 47, 48, 49) and pursuant to the Ninth Circuit's July 23, 2021 Opinion (Doc. 69) in due course.

Dated this 14th day of October, 2021.

Honorable Steven P. Logan
United States District Judge