Jeffrey C. Block, Admitted PHV
Jacob A. Walker, Admitted PHV
Michael Gaines, Admitted PHV
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for Lead Plaintiffs and
Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady,<br><br>Defendants. | Case No. CV-20-01797-PHX-SPL<br><br>Hon. Steven P. Logan<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(Attorney Leaving Firm)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Mr. Stephen J. Teti is no longer associated with the firm of Block & Leviton LLP. Lead Plaintiffs and the putative class will continue to be represented by other attorneys at Block & Leviton LLP as well as attorneys from Pomerantz LLP and local counsel, Gary A. Gotto, of Keller Rohrback L.L.P. This Notice is given pursuant to D. Ariz. L.R. 83.3(b)(4).

December 1, 2021                    Respectfully submitted,

*/s/ Jeffrey C. Block*
**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jacob A. Walker
Michael Gaines
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Gary A. Gotto*
Gary A. Gotto
