Gary A. Gotto (No. 007401)
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel.: (602) 230-6322
*Liaison Counsel for Movant Nikola Investor Group*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady,<br><br>  Defendants. | Case No. CV-20-01797-PHX-SPL<br><br>Hon. Steven P. Logan<br><br>**MOTION TO SET SCHEDULE FOR FILING AMENDED COMPLAINT AND RELATED MOTIONS** |

Lead Plaintiffs George Mersho, Vincent Chau, and Stanley Karczynski ("Lead Plaintiffs") respectfully submit this motion to set a schedule for filing an amended consolidated complaint and briefing any subsequent motion to dismiss.[1] The proposed schedule is the same that was previously entered by the Court.[2]

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION

1. On September 15, 2020, Plaintiff Daniel Borteanu filed a putative class action complaint (ECF No. 1) in the above-captioned case alleging violations of the Securities Act of 1934, and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission against the Defendants.

2. On September 21, 2020, Plaintiff Daniel Borteanu filed an amended putative class action complaint (ECF No. 5) in the above captioned case.

3. The amended complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, which sets forth specialized procedures for the administration of securities class actions, including a process for the appointment of a lead plaintiff and lead counsel to represent the putative class.

4. On December 15, 2020, the Court issued its Order consolidating several related actions, Case Nos. CV-20-01797-PHX-SPL, CV-20-01819-PHX-DLR, CV-20-02123-PHX-JJT, CV-20-02168-PHX-DLR, CV-20-02237-PHX-DLR, and CV-20-02374-PHX-DWL, with this matter as the lead case, and appointed Angelo Baio as the lead plaintiff and approving his selection of counsel. ECF No. 50.

5. On December 30, 2020, Messrs. Mersho, Chau, and Karczynski filed a petition for a writ of mandamus from the United States Court of Appeals for the Ninth Circuit. ECF No. 54.

---

[1] Defendant Trevor R. Milton has yet to substantively respond to Lead Plaintiffs' attempts to discuss a briefing schedule. The remaining Defendants do not oppose the relief sought, and previously agreed to the contents of a proposed joint stipulation reflecting the same proposed schedule, but because Milton has not responded, the parties were unable to file a stipulation.
[2] *See* ECF No. 58 (granting a modified version of a schedule proposed by the parties).

1

6. On July 23, 2021, the United States Court of Appeals for the Ninth Circuit issued an order granting the petition in part and vacating the order appointing Angelo Baio as lead plaintiff and approving his selection of counsel and remanding to the Court the determination of lead plaintiff and selection of counsel. ECF No. 69.

7. On November 18, 2021, the Court issued its Order vacating in part its December 15, 2020 Order as to the appointment of Angelo Baio as lead plaintiff and approving his selection as counsel, letting stand that part of the order that consolidated the related actions into Case No. CV-20-01797-PHX-SPL and appointing Messrs. Mersho, Chau, and Karczynski as Lead Plaintiffs and approving its selection of counsel. ECF No. 81.

8. Counsel for Lead Plaintiffs and counsel for Defendants Nikola, Girsky, Shindler, Russell, and Brady conferred regarding a schedule for filing of a Consolidated Complaint and any motions to dismiss that complaint and any related briefing, for the purpose of ensuring that the action proceeds in an efficient and orderly manner. The parties agreed to submit the proposed schedule described below.

9. On December 3, 2021, Lead Counsel emailed counsel for Defendant Trevor R. Milton to inquire whether Mr. Milton would agree to the same schedule, or to seek his input. Lead Counsel received no response. Lead Counsel followed up with Mr. Milton's counsel on December 6, 2021 via email. Mr. Milton's counsel has yet to provide a substantive response to Lead Plaintiffs' correspondence.

10. Lead Plaintiffs request that the Court enter the following briefing schedule (which mirrors the schedule previously entered by the Court, ECF No. 58) for Lead Plaintiffs to file amended pleadings, Defendants' deadline to answer or otherwise respond to those amended pleadings, and any subsequent briefing on motions to dismiss:

   a. Lead Plaintiffs will file an amended consolidated complaint on or before forty-five (45) days following entry of the Court's order granting this motion.

   b. Defendants will answer, move to dismiss, or otherwise respond to the then-operative complaint on or before forty-five (45) days following the date Lead Plaintiffs file the consolidated amended complaint.

|   |   |
|---|---|
| 1 | c.  If any of the Defendants file any motion(s) in response to the then-operative complaint, Lead Plaintiffs shall file their brief(s) in opposition to any such motion(s) on or before thirty (30) days following the date Defendants file their motion(s), and Defendants shall file any reply in further support of such motion(s) on or before thirty (30) days following the date Lead Plaintiffs file their brief in opposition. |

December 10, 2021                                   Respectfully submitted,

*/s/ Gary A. Gotto*
Gary A. Gotto (No. 007401)
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com
Tel.: (602) 230-6322

*Liaison Counsel for Lead Plaintiff*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

| | |
|---|---|
| 1 | *Counsel for Lead Plaintiff and Co-Lead Counsel for the Class* |
| 2 | |
| 3 | **LABATON SUCHAROW LLP**<br>David J. Schwartz |
| 4 | (*pro hac vice* application forthcoming)<br>Francis P. McConville |
| 5 | (*pro hac vice* application forthcoming)<br>140 Broadway |
| 6 | New York, NY 10005 |
| 7 | Tel: (212) 907-0800<br>Fax: (212) 883-7070 |
| 8 | dschwartz@labaton.com<br>fmcconville@labaton.com |
| 9 | |
| 10 | *Additional Counsel Lead Plaintiff* |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gary A. Gotto
Gary A. Gotto

5