IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>   Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>   Defendants. | No. CV-20-01797-PHX-SPL<br><br>**SUPPLEMENTAL ORDER** |

On November 18, 2021, this Court issued an Order appointing Nikola Investor Group II as lead plaintiff and approving its counsel. (Doc. 81). This Court now issues this Supplemental Order regarding the schedule for the filing of an operative complaint and related motions. Accordingly,

**IT IS ORDERED** that Lead Plaintiff Nikola Investor Group shall have **forty-five (45) days** from the date of this Order to file an amended consolidated complaint.

**IT IS FURTHER ORDERED** that Defendants shall have **forty-five (45) days** to file an answer to the amended consolidated complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, if Defendants file a motion to dismiss the amended consolidated complaint, the Lead Plaintiff shall have **thirty (30) days** to file a responsive memorandum, and Defendants shall have **thirty (30) days** thereafter to file a reply.

///

**IT IS FURTHER ORDERED** that Lead Plaintiff's Motion to Set Schedule (Doc. 85) is **denied as moot**.

Dated this 10th day of December, 2021.

*[signature]*
Honorable Steven P. Logan
United States District Judge