1
2  Gabor Balassa (*pro hac vice*)
   **KIRKLAND & ELLIS LLP**
3  300 N. LaSalle
   Chicago, IL 60654
4  Tel.: (312) 862-2000
   gabor.balassa@kirkland.com
5
6  *Counsel for Defendants Nikola Corporation, Steve Girsky,*
7  *Steve Shindler, Mark A. Russell, and Kim J. Brady*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF ARIZONA**
9

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor R. Milton; Steve Girsky; Steve Shindler; Mark A. Russell; and Kim J. Brady,<br><br>Defendants. | Consolidated Case No. CV-20-01797-PHX-SPL<br><br>Hon. Steven P. Logan<br><br>**STIPULATION REGARDING LEAD PLAINTIFF'S MOTION TO LIFT THE PSLRA STAY OF DISCOVERY AND RESPONSES THERETO**<br>**(First Request)** |

Lead Plaintiffs George Mersho, Vincent Chau, and Stanley Karczynski ("Lead Plaintiffs") and Defendants Nikola Corporation, Steve Girsky, Steve Shindler, Mark A. Russell, and Kim J. Brady (collectively, the "Stipulating Defendants," and together with Lead Plaintiffs, the "Parties"), hereby submit this stipulation.

### RECITALS

**WHEREAS**, Lead Plaintiffs filed a Motion to Lift the PSLRA's Stay of Discovery on December 17, 2021 (the "Discovery Motion") (ECF No. 87);

**WHEREAS,** Stipulating Defendants' deadline to respond to Lead Plaintiffs' Discovery Motion is currently January 3, 2022;

**WHEREAS,** counsel for Lead Plaintiffs and Stipulating Defendants conferred by email and agreed that, given the proximity of Stipulating Defendants' deadline to the December holiday season, a two-week extension of Stipulating Defendants' deadline to respond to Lead Plaintiffs' Discovery Motion is appropriate.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the approval of this Court, that:

1. Stipulating Defendants shall have until **January 18, 2022** to respond to Lead Plaintiffs' Discovery Motion.

2. Lead Plaintiffs shall have until **January 25, 2022** to file any reply to Stipulating Defendants' response.

3. This Stipulation is entered without prejudice to any party seeking or opposing any interim relief, and the parties reserve all of their respective rights. Neither Lead Plaintiffs nor Stipulating Defendants waive their rights to seek or oppose from each other or the Court additional adjournments or extensions of the above deadlines.

4. This stipulation may be executed in counterpart and may be executed by way of facsimile or electronic signature, and if so, shall be considered an original.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | December 20, 2021 | Respectfully submitted, |
| 2 | Gary Gotto (No. 007401) | /s/ Gabor Balassa |
| | **KELLER ROHRBACK L.L.P.** | Asheesh Goel (*pro hac vice*) |
| 3 | 3101 North Central Avenue, Suite 1400 | Gabor Balassa (*pro hac vice*) |
| 4 | Phoenix, AZ 85012 | Whitney L. Becker (*pro hac vice*) |
| | Tel.: (602) 230-6322 | **KIRKLAND & ELLIS LLP** |
| 5 | ggotto@kellerrohrback.com | 300 N. LaSalle |
| 6 | | Chicago, IL 60654 |
| | *Liaison Counsel for Lead Plaintiff* | Tel.: (312) 862-2000 |
| 7 | | asheesh.goel@kirkland.com |
| 8 | Jeremy A. Lieberman (*pro hac vice*) | gabor.balassa@kirkland.com |
| | Michael J. Wernke (*pro hac vice*) | whitney.becker@kirkland.com |
| 9 | J. Alexander Hood II (*pro hac vice*) | |
| 10 | **POMERANTZ LLP** | Jeremy A. Fielding (*pro hac vice*) |
| | 600 Third Avenue, 20th Floor | **KIRKLAND & ELLIS LLP** |
| 11 | New York, NY 10016 | 1601 Elm Street |
| 12 | Tel.: (212) 661-1100 | Dallas, TX 75201 |
| | Fax: (212) 661-8665 | Tel: (617) 398-5600 |
| 13 | jalieberman@pomlaw.com | jeremy.fielding@kirkland.com |
| 14 | mjwernke@pomlaw.com | |
| | ahood@pomlaw.com | Dennis Wilenchik (No. 005350) |
| 15 | | **WILENCHIK & BARTNESS, P.C.** |
| 16 | /s/ Jacob A. Walker | 2810 North 3rd Street |
| | Jeffrey C. Block (*pro hac vice*) | Phoenix, AZ 85004 |
| 17 | Jacob A. Walker (*pro hac vice*) | Tel: (602) 606-2810 |
| 18 | Michael D. Gaines (*pro hac vice*) | diw@wb-law.com |
| | **BLOCK & LEVITON LLP** | |
| 19 | 260 Franklin Street, Suite 1860 | *Attorneys for Defendants Nikola* |
| 20 | Boston, MA 02110 | *Corporation, Steve Girsky, Steve Shindler,* |
| | Tel: (617) 398-5600 | *Mark A. Russell, and Kim J. Brady* |
| 21 | Fax: (617) 507-6020 | |
| 22 | jeff@blockleviton.com | |
| | jake@blockleviton.com | |
| 23 | michael@blockleviton.com | |
| 24 | | |
| | *Counsel for Lead Plaintiff and Co-Lead* | |
| 25 | *Counsel for the Class* | |
| 26 | | |
| 27 | | |
| 28 | | |

2

| | |
|---|---|
| 1 | James W. Johnson (*pro hac vice* forthcoming) |
| 2 | Michael H. Rogers (*pro hac vice* forthcoming) |
| 3 | David J. Schwartz (admitted *pro hac vice*) |
| 4 | James T. Christie (*pro hac vice* forthcoming) |
| 5 | **LABATON SUCHAROW LLP** |
| 6 | 140 Broadway |
| 7 | New York, NY 10005 |
| 8 | Telephone:   (212) 907-0700 |
|   | Facsimile:   (212) 818-0477 |
| 9 | jjohnson@labaton.com |
| 10 | mrogers@labaton.com |
|    | dschwartz@labaton.com |
| 11 | jchristie@labaton.com |

*Additional Counsel for Lead Plaintiff*

3