**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811
Dennis I. Wilenchik, #005350
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice* forthcoming)
Susanna M. Buergel (*pro hac vice* forthcoming)
Gregory F. Laufer (*pro hac vice* forthcoming)
Alison R. Benedon (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendant Nikola Corporation, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler,<br><br>Defendants. | No.  CV-20-01797-PHX-SPL<br>No.  CV-20-01819-PHX-SPL (cons.)<br>No.  CV-20-02123-PHX-SPL (cons.)<br>No.  CV-20-02168-PHX-SPL (cons.)<br>No.  CV-20-02237-PHX-SPL (cons.)<br>No.  CV-20-02374-PHX-SPL (cons.)<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Lead Plaintiffs George Mersho, Vincent Chau, Stanley Karcynski (collectively, "Lead Plaintiffs") and Defendants Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler, (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), hereby submit this stipulation.

. . .

. . .

**RECITALS**

WHEREAS, on September 15, 2020, Plaintiff Daniel Borteanu filed a putative class action complaint in Case No. CV-20-01797-PHX-SPL alleging violations of the Securities Exchange Act of 1934 (the "1934 Act"), and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission (the "SEC") against the Defendants;

WHEREAS, on December 15, 2020, this Court issued an order consolidating six cases, Case Nos. CV-20-01797-PHX-SPL, CV-20-01819-PHX-DLR, CV-20-02123-PHX-JJT, CV-20-02168-PHX-DLR, CV-20-02237-PHX-DLR, and CV-20-02374-PHXDWL, with CV-20-01797-PHX-SPL being the lead case., and naming Angelo Baia lead plaintiff in the consolidated action.

WHEREAS, on November 18, 2021, this Court issued an order appointing Lead Plaintiffs as lead plaintiffs and approving their counsel.

WHEREAS, on December 10, 2021, this court ordered that Lead Plaintiffs file an amended consolidated complaint within 45 days from the date of the order, and that Defendants shall have 45 days to file an answer or otherwise respond to the amended consolidated complaint, and that should Defendants file a motion to dismiss the amended consolidated complaint, Lead Plaintiffs shall thereinafter have 30 days to file a responsive memorandum, and that Defendants shall thereinafter have 30 days to file a reply.

WHEREAS, on January 24, 2022, Lead Plaintiffs filed a consolidated amended class action complaint (the "Consolidated Amended Complaint") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission against the Defendants.

WHEREAS, Defendants engaged new counsel after the filing of the Consolidated Amended Complaint and counsel at Kirkland & Ellis LLP shall withdraw its representation as counsel for Defendants.

WHEREAS, the Parties have agreed it is reasonable and appropriate to extend the time for Defendants to respond to the Consolidated Amended Complaint by 30 days in light of the substitution of counsel.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

2

1. Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Amended Complaint by April 8, 2022, if this Stipulation is approved by the Court, or until such other further order by the Court.

2. Should Defendants move to dismiss the Consolidated Amended Complaint, this Court's order of December 10, 2021, shall stand as to the schedule for response to the motion, with Lead Plaintiffs entitled to 30 days to file a responsive memorandum, and that Defendants shall thereinafter be entitled to 30 days to file a reply.

3. Nothing herein shall be deemed to constitute a waiver of, and Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including, but not limited to, defenses related to personal jurisdiction, venue, or the right to seek a transfer of this action, pursuant to any applicable rule or statute, including 28 U.S.C. § 1404 or § 1407. This Stipulation is likewise without prejudice to the right of any party to oppose such a motion.

**IT IS SO STIPULATED** this 3rd day of February 2022.

**WILENCHIK & BARTNESS, P.C.**

By:   s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   s/ Brad S. Karp
Brad S. Karp (*pro hac vice* forthcoming)
Susanna M. Buergel (*pro hac vice* forthcoming)
Gregory F. Laufer (*pro hac vice* forthcoming)
Alison R. Benedon (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com
*Attorneys for Defendant Nikola Corporation, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler*

**CAHILL GORDON & REINDELL LLP**

By: <u>s/ Thomas J. Kavaler</u>
    Bradley J. Bondi (*pro hac vice*)
    Landis C. Best (*pro hac vice*)
    Lauren Beth Perlgut (*pro hac vice*)
    Thomas J. Kavaler (*pro hac vice*)
    32 Old Slip
    New York, NY 10005
    Phone: (212) 701-3000
    Email: bbondi@cahill.com

**WALLINHESTER PLC**

By: <u>s/ Troy A. Wallin</u>
    Troy A. Wallin
    Chad Hester
    Rome Towers
    1760 East Pecos Road, Suite 332
    Gilbert, Arizona 85295
    Phone: (480) 240-4150
    Email: twallin@wallinhester.com
    c.hester@wallinhester.com
    *Attorneys for Defendant Trevor Milton*

**POMERANTZ LLP**

By: <u>s/ Jeremy A. Lieberman</u>
Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
Veronica Montenegro (admitted *pro hac vice*)
600 3rd Ave., 20th Fl.
New York, NY 10016
212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
vvmontenegro@pomlaw.com

**BLOCK & LEVITON LLP**

By: <u>s/ Jeffrey C. Block</u>
Jeffrey C. Block (admitted *pro hac vice*)
Jacob A. Walker (admitted *pro hac vice*)
Michael Gaines (admitted *pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

By: *s/ James W. Johnson*
James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel for Lead Plaintiffs*

**KELLER ROHRBACK LLP**

By: *s/ Gary Gotto*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Victoria M. Stevens*