# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02168-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Having considered the Joint Stipulation Extending the Deadline for Defendants to Respond to the Complaint and good cause showing,

IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.

IT IS FURTHER ORDERED that Defendants shall answer, move to dismiss, or otherwise respond to the Consolidated Amended Complaint by April 8, 2022.

Dated _____, 2022.

_____
The Honorable Steven P. Logan
United States District Judge