IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　Defendants. | No.  CV-20-01797-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation (Doc. 102), in which they jointly move for an extension of the deadline for Defendants to file an answer. Having considered this first request,

　　　　**IT IS ORDERED** that the Stipulation (Doc. 102) is **granted**. Defendants shall have until no later than **April 8, 2022**, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

　　　　Dated this 4th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge