**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation, Kim J. Brady, Steve Girsky, Mark A. Russell, Steve Shindler, and Britton M. Worthen*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler,<br><br>Defendants. | Case No: 2:20-cv-01797-PHX-SPL<br>Case No: 2:20-cv-01819-PHX-SPL (cons.)<br>Case No: 2:20-cv-02123-PHX-SPL (cons.)<br>Case No: 2:20-cv-02168-PHX-SPL (cons.)<br>Case No: 2:20-cv-02237-PHX-SPL (cons.)<br>Case No: 2:20-cv-02374-PHX-SPL (cons.)<br><br>**JOINT STIPULATION TO EXCEED THE PAGE LIMITS ON BRIEFING SCHEDULE ON MOTIONS TO DISMISS** |

Lead Plaintiffs George Mersho, Vincent Chau, Stanley Karcynski (collectively, "Lead Plaintiffs") and Defendants Nikola Corporation, Trevor R. Milton, Kim J. Brady, Steve Girsky, Mark A. Russell, Steve Shindler, Britton M. Worthen (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties") hereby submit this stipulation to increase the page limits set by LRCiv.7.2 for Defendants' forthcoming motions to dismiss the Consolidated Amended

Complaint.

On March 3, 2022, the Parties held a meet and confer pursuant to LRCiv.12.1(c) regarding Defendants' anticipated motions to dismiss, and on March 11, 2022, Lead Plaintiffs informed Defendants they intend to oppose the forthcoming motions.

The Parties agree that, because of the complex legal questions at issue in this case and extensive factual background, it is reasonable and appropriate to extend the page limits set pursuant to LRCiv.7.2 as follows:

- Defendant Milton and Defendants Nikola Corporation, Brady, Girsky, Russell, Shindler, and Worthen request leave to file motions to dismiss and accompanying memorandums of law with a total combined page count of no more than 57 pages. Defendants will coordinate the allocation of pages between Defendant Milton and the remaining Defendants as the Defendants see fit.

- Lead Plaintiffs request leave to file an omnibus opposition of no more than 57 pages in response to the motions to dismiss.

- Defendant Milton and Defendants Nikola Corporation, Brady, Girsky, Russell, Shindler, and Worthen request leave to file reply memorandums with a combined page count of no more than 36 pages. Defendants will coordinate the allocation of pages between Defendant Milton and the remaining Defendants as the Defendants see fit.

The Parties believe this allocation, which maintains the page count ratio set forth in LRCiv.7.2, is fair, reasonable, and will be beneficial to this Court. A proposed form of Order is lodged contemporaneously herewith.

. . .

. . .

. . .

**RESPECTFULLY SUBMITTED** on March 18, 2022.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

*/s/ Brad S. Karp*
Brad S. Karp, Esq. (admitted *pro hac vice*)
Susanna M. Buergel, Esq. (admitted *pro hac vice*)
Gregory F. Laufer, Esq. (admitted *pro hac vice*)
Alison R. Benedon, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendant Nikola Corporation, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler*

**WALLINHESTER PLC**

*/s/ Troy A. Wallin with permission*
Troy A. Wallin, Esq.
Chad Hester, Esq.
Rome Towers
1760 East Pecos Road, Suite 332
Gilbert, Arizona 85295
Phone: (480) 240-4150
twallin@wallinhester.com
c.hester@wallinhester.com

**CAHILL GORDON & REINDEL LLP**

*/s/ Bradley J. Bondi, with permission*
Bradley J. Bondi, Esq. (*pro hac vice*)
Landis C. Best, Esq. (*pro hac vice*)
Lauren Beth Perlgut, Esq. (*pro hac vice*)
32 Old Slip
New York, NY 10005
bbondi@cahill.com

*Attorneys for Defendant Trevor Milton*

3

**POMERANTZ LLP**

 /s/ *Jeremy A. Lieberman, with permission*
Jeremy A. Lieberman, Esq. (admitted *pro hac vice*)
Michael J. Wernke, Esq. (admitted *pro hac vice*)
Veronica Montenegro, Esq. (admitted *pro hac vice*)
600 3rd Ave., 20th Floor
New York, NY 10016
212-661-1100
jalieberman@pomlaw.com
mjwernke@pomlaw.com
vvmontenegro@pomlaw.com

**BLOCK & LEVITON LLP**

 /s/ *Jeffrey C. Block, with permission*
Jeffrey C. Block, Esq. (admitted *pro hac vice*)
Jacob A. Walker, Esq. (admitted *pro hac vice*)
Michael Gaines, Esq. (admitted *pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

 /s/ *James W. Johnson, with permission*
James W. Johnson, Esq. (admitted *pro hac vice*)
Michael H. Rogers, Esq. (admitted *pro hac vice*)
David J. Schwartz, Esq. (admitted *pro hac vice*)
James T. Christie, Esq. (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com
*Additional Counsel for Lead Plaintiffs*

**KELLER ROHRBACK LLP**

 /s/ *Garry Gotto, with permission*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Christine M. Ferreira*