IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al., | No. CV-20-01797-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Nikola Corporation, et al., | |
| Defendants. | |

On April 8, 2022, Defendants Kim J. Brady, Steve Girsky, Mark A. Russell, Steve Shindler, Britton M. Worthen, and Nikola Corporation (collectively, "Nikola Defendants") filed a Motion to Dismiss Pursuant to Rules 9(b) and 12(b)(6) (Doc. 111). That same day, Defendant Trevor R. Milton filed a separate Motion to Dismiss for Failure to State a Claim (Doc. 112). Under the Rules, Lead Plaintiff Nikola Investor Group II ("Lead Plaintiff") had until no later than April 22, 2022 to file responses to Defendants' Motions. *See* LRCiv. 7.2–7.3; Fed. R. Civ. P.

To date, no responses have been filed. Accordingly, Lead Plaintiff is warned that if no response is filed by the end of today—April 25, 2022—the Court will treat Defendants' Motions as uncontested and will summarily rule on them. LRCiv. 7.2(i).

///

///

///

///

Accordingly,

**IT IS ORDERED** that Lead Plaintiff shall file responses to Nikola Defendants' and Defendant Milton's motions to dismiss (Docs. 111 & 112) **no later than April 25, 2022**.

Dated this 25th day of April, 2022.

Honorable Steven P. Logan
United States District Judge