IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　Defendants. | No. CV-20-01797-PHX-SPL<br><br>**ORDER** |

Pursuant to the Court's December 10, 2021 Order (Doc. 86), Lead Plaintiff Nikola Investor Group II ("Lead Plaintiff") shall have thirty (30) days to file a Response to Defendants' pending motions to dismiss (Docs. 111 & 112), and Defendants shall have until thirty (30) days thereafter to file a Reply.

Accordingly,

**IT IS ORDERED** that the Court's April 25, 2022 Order (Doc. 114) is vacated.

**IT IS FURTHER ORDERED** that Lead Plaintiff shall have until no later than **May 9, 2022** to file a Response to Defendants' motions to dismiss.

Dated this 25th day of April, 2022.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge