1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8    Daniel Borteanu, et al.,              )    No.  CV-20-01797-PHX-SPL
                                           )
9                        Plaintiffs,       )    No.  CV-20-01819-PHX-SPL (cons.)
                                           )    No.  CV-20-02123-PHX-SPL (cons.)
10   vs.                                   )    No.  CV-20-02168-PHX-SPL (cons.)
                                           )    No.  CV-20-02237-PHX-SPL (cons.)
11   Nikola Corporation, et al.,           )    No.  CV-20-02374-PHX-SPL (cons.)
                                           )
12                                         )
                         Defendants.       )    **ORDER**
13                                         )
                                           )
14   _____  )

15         Before the Court is Defendants' combined Motion for Extension and Motion to

16   Exceed (Doc. 135), in which they request permission for the parties to file their briefing in

17   excess of the page limitation set forth in LRCiv 7.2. Plaintiff states that fifty (50) pages are

18   needed for any motion to dismiss and response brief and thirty-two (32) pages are needed

19   for the reply to adequately address both the lengthy complaint and complex legal issues.

20   The Court finds this to be an insufficient basis for the *significant* page extension. As this

21   Court has already stated, if matters are complex, it is counsel's responsibility to be clear

22   and concise (Doc. 110). The Court will, however, give leave for the parties to file a motion

23   and response not to exceed twenty-five (25) pages each, and a reply brief not to exceed

24   fifteen (15) pages.

25         Defendants also seek an extension of 60 days to file a motion, 60 days for a response,

26   and 30 days for a reply. The Court will grant 30 days for a motion and response, and 15

27   days to file a reply.

28         Accordingly,

1    **IT IS ORDERED** that Defendants' combined Motion for Extension and to Exceed

2    (Doc. 135) is **granted as modified**.

3    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss and Plaintiffs'

4    subsequent Response shall not exceed **twenty-five (25) pages**, and Defendants' Reply shall

5    not exceed **fifteen (15) pages**.

6    **IT IS FURTHER ORDERED** that Defendants shall file a Motion to Dismiss

7    within **thirty (30) days** of this Order, Plaintiffs shall have **thirty (30) days** to file a

8    Response, and Defendants shall have **fifteen (15) days** to file a Reply.

9    Dated this 13th day of April, 2023.

10

11    Honorable Steven P. Logan
      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28