1  Jennifer Hadley Catero (#018380)
   Patrick A. Tighe (#033885)
2  **SNELL & WILMER L.L.P.**
   One East Washington Street
3  Suite 2700
   Phoenix, AZ  85004-2556
4  Telephone:  602.382.6000
   Facsimile:  602.382.6070
5  jcatero@swlaw.com
   ptighe@swlaw.com
6
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
7  Neal R. Marder (*Pro Hac Vice Pending*)
   Joshua A. Rubin (*Pro Hac Vice Pending*)
8  Sina S. Safvati (*Pro Hac Vice Pending*)
   1999 Avenue of the Stars, Suite 600
9  Los Angeles, CA 90067-6022
   Telephone:  310.229.1000
10 Facsimile:  310.229.1001
   nmarder@akingump.com
11 rubinj@akingump.com
   ssafvati@akingump.com
12
13 Attorneys for Defendant Jeffrey Ubben
14
15          **IN THE UNITED STATES DISTRICT COURT**
16             **FOR THE DISTRICT OF ARIZONA**
17

| | |
|---|---|
| 18  Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated, | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.) |
| 19 | No. CV-20-02123-PHX-JJT (cons.) |
| 20    Plaintiff, | No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.) |
| 21    v. | No. CV-20-02374-PHX-DWL (cons.) |
| 22  Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben, | **MOTION REGARDING RESPONSE DATE, BRIEFING SCHEDULE, AND PAGE LIMIT FOR DEFENDANT JEFFREY UBBEN'S ANTICIPATED MOTION TO DISMISS** |
| 23 | |
| 24    Defendants. | |

25
26          Defendant Jeffrey Ubben, who was named as a defendant in this action less than
27 three weeks ago (and for whom service of process has not yet formally effectuated), hereby
28 moves to (i) adopt the same response deadline and briefing schedule for Ubben's anticipated

Snell & Wilmer
L.L.P.
LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

motion to dismiss that the Court recently ordered [Dkt. 136] in connection with the other Defendants' anticipated motions to dismiss and (ii) request permission to file a separate ten-page motion to dismiss based on arguments unique to Ubben, including principally an argument that the claims against him are barred by the operative statute of limitations.

## MEMORANDUM OF POINTS AND AUTHORITIES

Ubben served as a non-executive Nikola director until his resignation in February 2022.   Second Amended Consolidated Complaint, Dkt. 129, ("Second Amended Complaint") ¶ 8.  Although this case has been pending since September 15, 2020, Ubben was not named as a defendant in this matter until April 3, 2023, when Plaintiffs filed the Second Amended Complaint.  *See* Declaration of Jennifer Hadley Catero ("Catero Decl.") ¶ 2.  Since learning of his inclusion in the Second Amended Complaint, Ubben has worked diligently to retain the undersigned counsel who are in the process of fully reviewing the voluminous Second Amended Complaint and its exhibits.  *Id*. ¶ 3.

Plaintiffs have not yet served Ubben with a summons or with the Second Amended Complaint, although Ubben has indicated he will waive formal service of process.  *Id*. ¶ 4.  In normal circumstances, such a waiver would give Ubben 60 days to respond to the Second Amended Complaint.  Fed. R. Civ. Proc. 12(a)(1)(A)(ii).  Nonetheless, Ubben has learned that the Court has already issued an order [Dkt. 136] setting a response date and motion to dismiss briefing schedule for Defendants Nikola Corporation, Trevor R. Milton, Kim J. Brady, Steve Girsky, Mark A. Russell, Steve Shindler, and Britton M. Worthen (the "non-Ubben Defendants").  Although Ubben was not referenced in this order, Ubben is willing to adopt this response date and briefing schedule for his own anticipated motion to dismiss in order to avoid competing briefing schedules.  Catero Decl., ¶¶ 5-6.

Ubben, however, also requests the opportunity to submit a ten-page opening brief and a six-page reply in support of his motion to dismiss, addressing those unique arguments that apply only to Ubben.  There is good cause to permit Ubben to file briefs of this length, which are substantially less than the full seventeen pages for motions and eleven pages for replies permitted under Local Rule 7.2(e).  *Id*. ¶¶ 7-9.  This anticipated motion is Ubben's

Snell & Wilmer

L.L.P.

LAW OFFICES
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
602.382.6000

first opportunity to respond to the 300-page complaint that Ubben and his counsel have only recently been able to review. *Id*. ¶ 8. Unlike the non-Ubben Defendants, Ubben has not yet filed a motion to dismiss in this action, so the Court has not yet had the opportunity to consider any of Ubben's specific arguments. *Id*. Ubben appreciates that some of his arguments will overlap with those of the non-Ubben Defendants, and Ubben does not intend to rehash those arguments presented in the non-Ubben Defendants' motions to dismiss. *Id*. ¶ 9. Nonetheless, Ubben has certain unique arguments that can only be addressed in a separate brief. *Id*. This is because, as these arguments do not apply to the non-Ubben Defendants, it is unlikely that Ubben will be granted sufficient pages from the non-Ubben Defendants, as they are now limited to a total of the 22 pages as between them. Most notably, Ubben anticipates arguing that all of the claims in the Second Amended Complaint asserted against Ubben are barred by the Securities Exchange Act's two-year statute of limitations, 28 U.S.C. § 1658(b). *Id*. Ubben intends to argue that Ubben's allegedly fraudulent conduct occurred more than two years before Plaintiffs filed the Second Amended Complaint, that Plaintiffs knew the underlying facts they allege constitute a violation more than two years before the Second Amended Complaint was filed, and that the claims against Ubben do not relate back to the filing of the original complaint under Federal Rule of Civil Procedure 15(c) because Plaintiffs were aware of Ubben's identity at the time they filed the original complaint. *Id*.

Ubben has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose the relief sought herein. *Id*. ¶ 10.

Accordingly, Ubben requests that this Court set a briefing schedule and page limits for Ubben's anticipated motion to dismiss as follows:

1.   Ubben shall file his separate Motion to Dismiss by May 15, 2023.

2.   Plaintiffs shall have thirty (30) days thereafter to file a Response to Ubben's Motion to Dismiss, and Ubben shall have fifteen (15) days thereafter to file a Reply.

3.      Ubben's separate Motion to Dismiss and Plaintiffs' Response thereto will be limited to ten (10) pages each, and Ubben's Reply will be limited to six (6) pages.

DATED this 21st day of April, 2023.

SNELL & WILMER L.L.P.

By:   *s/ Jennifer Hadley Catero*
        Jennifer Hadley Catero
        Patrick A. Tighe
        One East Washington Street
        Suite 2700
        Phoenix, AZ  85004

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Neal R. Marder (*Pro Hac Vice Pending*)
Joshua A. Rubin (*Pro Hac Vice Pending*)
Sina S. Safvati (*Pro Hac Vice Pending*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022

Attorneys for Defendant Jeffrey Ubben