Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email:  ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

I, JEFFREY C. BLOCK, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at Block & Leviton LLP, and co-lead counsel for Lead Plaintiffs Nikola Investor Group II in the above-captioned action. I make this declaration in support of Lead Plaintiffs' Opposition to Defendants' Motions to Dismiss the Second Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Third Amended Class Action Complaint for Violations of the Federal Securities Laws, filed in *In re BofI Holding, Inc. Securities Litigation*, No. 3:15-cv-02324-GPC-KSC (S.D. Cal.) (ECF No. 136) on December 22, 2017, which the Ninth Circuit found satisfied Federal Rule of Civil Procedure 9(b)'s particularity requirement with respect to loss causation. *In re BofI Holding, Inc. Sec. Litig.*, 977 F.3d 781, 794 (9th Cir. 2020) (finding complaint "pleaded loss causation here with sufficient particularity").

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2023.

/s/ Jeffrey C. Block
Jeffrey C. Block