**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810      Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation, Kim J. Brady, and Mark A. Russell*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, and Jeffrey Ubben**<br><br>Defendants. | Case No: 2:20-cv-01797-PHX-SPL<br>Case No: 2:20-cv-01819-PHX-SPL (cons.)<br>Case No: 2:20-cv-02123-PHX-SPL (cons.)<br>Case No: 2:20-cv-02168-PHX-SPL (cons.)<br>Case No: 2:20-cv-02237-PHX-SPL (cons.)<br>Case No: 2:20-cv-02374-PHX-SPL (cons.)<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER (FIRST REQUEST)** |

Lead Plaintiffs George Mersho, Vincent Chau, the Estate of Stanley Karcynski, the members of the Nikola Investor Group II ("Lead Plaintiffs"), and Defendants Nikola Corporation, Trevor R. Milton, Kim J. Brady, Mark A. Russell, and Jeffrey Ubben (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties") hereby submit this stipulation to extend the

deadline for Defendants to file an Answer to the Second Consolidated Amended Complaint (the "SAC") filed April 3, 2023.

The Parties agree that, due to the length of the SAC, which is more than 300 pages long and contains 902 paragraphs, and in light of defense counsel's preexisting trial schedules and the holidays, it is reasonable and appropriate to extend the default deadline under Federal Rule of Civil Procedure 12(a)(4)(A) to allow Defendants to answer the Complaint by January 26, 2024, if this Stipulation is approved by the Court, or until such other further order by the Court. A proposed form of Order is attached to this Stipulation.

**RESPECTFULLY SUBMITTED** on December 14, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

*/s/ Brad S. Karp, with permission*
Brad S. Karp, Esq. (admitted *pro hac vice*)
Susanna M. Buergel, Esq. (admitted *pro hac vice*)
Gregory F. Laufer, Esq. (admitted *pro hac vice*)
Alison R. Benedon, Esq. (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation, Kim J. Brady, and Mark A. Russell*

**SNELL & WILMER L.L.P.**

*/s/ Jennifer Hadley, with permission*
Jennifer Hadley Catero, Esq.
Patrick A. Tighe, Esq.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
jcatero@swlaw.com
ptighe@swlaw.com

**AKIN, GUMP, STRAUSS, HAUER & FELD LLP**

*/s/ Neal R. Marder, with permission*
Neal R. Marder, Esq. (admitted *pro hac vice*)
Joshua A. Rubin, Esq. (admitted *pro hac vice*)
Sina S. Safvati, Esq. (admitted *pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**PAUL HASTINGS LLP - WASHINGTON, DC**

*/s/ Bradley J Bondi, with permission*
Bradley J Bondi, Esq.
2050 M Street NW
Washington, DC 20036
bradbondi@paulhastings.com

**WALLINHESTER PLC**

*/s/ Troy A. Wallin, with permission*
Troy A. Wallin, Esq.
Chad Hester, Esq.
Rome Towers
1760 East Pecos Road, Suite 332
Gilbert, Arizona 85295
twallin@wallinhester.com
c.hester@wallinhester.com

*Attorneys for Defendant Trevor Milton*

**POMERANTZ LLP**

*/s/ Michael J. Wernke*
Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**

*/s/ Jacob A. Walker, with permission*
Jeffrey C. Block, Esq. (admitted *pro hac vice*)
Jacob A. Walker, Esq. (admitted *pro hac vice*)
Michael Gaines, Esq. (admitted *pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**

*/s/ James T. Christie, with permission*
Jonathan Gardner, Esq. (admitted *pro hac vice*)
James W. Johnson, Esq. (admitted *pro hac vice*)
Michael H. Rogers, Esq. (admitted *pro hac vice*)
David J. Schwartz, Esq. (admitted *pro hac vice*)
James T. Christie, Esq. (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
jgardner@labaton.com
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel for Lead Plaintiffs*


**KELLER ROHRBACK LLP**
Gary Gotto, Esq. (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Christine M. Ferreira*