Dennis I. Wilenchik, #005350
**WILENCHIK & BARTNESS, P.C.**
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ 85004
Telephone: (602) 606-2810
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation, Kim J. Brady, and Mark A. Russell*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, and Jeffrey Ubben,<br><br>Defendants. | Case No: 2:20-cv-01797-PHX-SPL<br>Case No: 2:20-cv-01819-PHX-SPL (cons.)<br>Case No: 2:20-cv-02123-PHX-SPL (cons.)<br>Case No: 2:20-cv-02168-PHX-SPL (cons.)<br>Case No: 2:20-cv-02237-PHX-SPL (cons.)<br>Case No: 2:20-cv-02374-PHX-SPL (cons.)<br><br>**UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

The parties filed a Joint Rule 26(f) Case Management Report on February 14, 2024 [ECF No. 164]. Per the Court's order of February 22, 2024, an Initial Case Management Conference in the above-captioned matter was scheduled for March 21, 2024 [ECF No. 165]. Counsel for Defendants Nikola Corporation, Mark A. Russell, and Kim J. Brady, as well as counsel for Defendant Jeffrey Ubben, have pre-existing conflicts and respectfully request a continuance of

the March 21, 2024 Initial Case Management Conference. Plaintiffs and Defendant Trevor Milton do not oppose this request.

**RESPECTFULLY SUBMITTED** on February 29, 2024.

**WILENCHIK & BARTNESS, P.C.**

/s/ *Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ *Brad S. Karp*
Brad S. Karp, Esq. (*pro hac vice*)
Susanna M. Buergel, Esq. (*pro hac vice*)
Gregory F. Laufer, Esq. (*pro hac vice*)
Alison R. Benedon, Esq. (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendant Nikola Corporation, Mark A. Russell, Kim J. Brady, Britton M. Worthen, Steve Girsky, and Steve Shindler*

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Christine M. Ferreira*