IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　　Defendants. | No.  CV-20-01797-PHX-SPL<br>No.  CV-20-01819-PHX-SPL (cons.)<br>No.  CV-20-02123-PHX-SPL (cons.)<br>No.  CV-20-02168-PHX-SPL (cons.)<br>No.  CV-20-02237-PHX-SPL (cons.)<br>No.  CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

　　　　Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

　　　　**IT IS ORDERED** that the Rule 16 Case Management Conference, presently set for March 21, 2024 before Honorable Steven P. Logan, is **vacated**.  Order to follow.

　　　　**IT IS FURTHER ORDERED** that the Motion to Continue (Doc. 170) is **denied as moot**.

　　　　Dated this 7th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge