IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　Defendants. | No.  CV-20-01797-PHX-SPL<br><br>No.  CV-20-01819-PHX-SPL (cons.)<br>No.  CV-20-02123-PHX-SPL (cons.)<br>No.  CV-20-02168-PHX-SPL (cons.)<br>No.  CV-20-02237-PHX-SPL (cons.)<br>No.  CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Extend Briefing (Doc. 180), in which the parties request an extension of the deadlines to complete their responsive briefing to the pending Motion to Certify Class (Doc. 179). As support, the parties provide only a vague statement that even more time is needed to "draft briefs that will clearly and concisely present the issues to the court." The Court finds the already lengthy deadlines should be more than sufficient to accomplish that goal. Accordingly,

**IT IS ORDERED** that the Stipulation (Doc. 180) is **denied**.

Dated this 9th day of July, 2024.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge