1  Gary Gotto (No. 007401)
   **KELLER ROHRBACK LLP**
2  3101 North Central Avenue, Suite 1400
   Phoenix, AZ 85012
3  Telephone:   (602) 230-6322
   Email: ggotto@kellerrohrback.com
4  *Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

5  *Additional attorneys on signature block*

6

7
                       **UNITED STATES DISTRICT COURT**
8                            **DISTRICT OF ARIZONA**

9  | | |
   |---|---|
10 | Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated, | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |
11 | Plaintiff, | |
12 | v. | |
13 | Nikola Corporation, et al., | |
14 | Defendants. | |

15

16
                  **JOINT STIPULATION TO MODIFY CASE SCHEDULE**
17

18

19

20

21

22

23

24

25

26

27

28

Lead Plaintiffs George Mersho, Vincent Chau, and the Estate of Stanley Karczynski ("Lead Plaintiffs" or "Plaintiffs") and Defendants Nikola Corporation ("Nikola" or the "Company"), Trevor Milton, Mark A. Russell, Kim J. Brady, and Jeffrey W. Ubben (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby submit this Stipulation, seeking an extension in certain case deadlines which would extend the overall schedule by just over one month. A proposed order is attached hereto.

## RECITALS

**WHEREAS**, on March 8, 2024, this Court entered an Order (the "Case Management Order") (ECF No. 173), setting case deadlines for discovery, expert reports, and dispositive motions, among other matters;

**WHEREAS**, the Case Management Order set the deadline for the completion of discovery as January 20, 2025, with the final deposition to commence at least five (5) working days prior;

**WHEREAS**, Lead Plaintiffs made an initial discovery proposal to Defendants Nikola Corporation, Mark A. Russell, and Kim J. Brady (collectively, the "Nikola Defendants") on January 11, 2024;

**WHERAS**, the Nikola Defendants and Defendant Jeffrey Ubben made initial productions comprised of materials produced to the U.S. Department of Justice and Securities and Exchange Commission in their investigations of Nikola and Defendant Milton on or around February 26, 2024, and March 5, 2024, respectively, consisting of approximately 300,000 documents, amounting to approximately 1.9 million pages, and the Nikola Defendants made a second production on May 16, 2024, consisting of 103 documents, amounting to approximately 1,000 pages;

**WHERAS**, after analyzing the initial production, Lead Plaintiffs served their First Requests for Document Production (the "Requests") on the Nikola Defendants on July 18, 2024;

1  **WHEREAS**, the Nikola Defendants made third and fourth productions on October 11 and November 8, 2024, respectively, consisting of approximately 2,300 documents, amounting to approximately 8,600 pages;

4  **WHEREAS**, the Parties have been negotiating in good faith the scope of any additional document discovery, and are currently finalizing agreements related to any forthcoming productions;

7  **WHERAS**, the Parties have also engaged in good faith in preliminary settlement discussions and have scheduled a mediation to occur on January 6, 2025, two (2) weeks before the current discovery deadline;

10  **WHEREAS**, the Parties sought to arrange for an earlier mediation, but were unable to secure a mediator at an earlier date;

12  **WHEREAS**, the Parties believe the interests of this case favor a modification of the discovery deadlines, in light of the anticipated document productions and pending mediation, to preserve the Parties' resources in the event of a settlement and to promote Judicial economy;

16  **WHEREAS**, the Parties' proposal would extend the final discovery deadline by ninety-one (91) days, but would also reduce the length of time allotted to expert disclosures, rebuttal expert disclosures, settlement discussions, and dispositive motions, such that the total extension to the case schedule outlined in the Case Management Order would be only forty-two (42) days;

21  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

22  1.  The written discovery deadline and discovery deadline of the Case Management Order shall be extended as set forth below to permit the parties to complete document productions prior to commencing depositions and to focus on settlement negotiations, with time periods for expert dispositive motions modified as follows:

| Event | Current Deadline | Proposed Deadline | Change in Days In Relation to Prior Event (+/-) | Change to Schedule |
|---|---|---|---|---|
| **Written Discovery Deadline** | December 6, 2024 | March 6, 2025 | + 90 Days | + 90 Days |
| **Discovery Deadline** | January 20, 2025[1] | April 21, 2025 | + 91 Days | + 91 Days |
| **Expert Disclosures** | February 28, 2025 | May 20, 2025 | - 10 Days | +81 days |
| **Rebuttal Expert Disclosures** | April 28, 2025 | June 27, 2025 | - 20 Days | + 60 days |
| **Expert Depositions** | May 28, 2025[2] | July 28, 2025 | No change | + 60 days |
| **Settlement Discussions (no later than)** | June 20, 2025 | August 8, 2025 | - 10 Days | +49 days |
| **Mandatory Joint Report on Settlement Talks** | June 27, 2025 | August 15, 2025 | No change | +49 days |
| **Dispositive Motions** | July 23, 2025 | September 3, 2025 | - 7 Days | +42 days |
| **Notice of Readiness for Final Pretrial Conference** | TBD, 7 days after resolution of dispositive motions | | No change | |
| **Final Pretrial Conference** | TBD | | No change | |

IT IS SO STIPULATED.

**RESPECTFULLY SUBMITTED** on November 19, 2024.

---

[1] "All depositions shall be scheduled to commence at least five (5) working days prior to the discovery deadline" Case Management Order at 2-3.

[2] "Expert depositions shall be scheduled to commence at least five (5) working days before the deadline." Case Management Order at 3.

**KELLER ROHRBACK LLP**

By: /s/ Gary A. Gotto
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com
*Lead Counsel for Lead Plaintiffs*
*Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

**WILENCHIK & BARTNESS, P.C.**

By: */s/ Dennis I Wilenchik – with permission*
Dennis I. Wilenchik (No. 005350)
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
By: */s/ Brad S. Karp – with permission*
Brad S. Karp (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com
sbuergel@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Attorneys for Defendants Nikola Corporation, Kim J. Brady, Mark A. Russell*

**SNELL & WILMER L.L.P.**
By: */s/ Jennifer Hadley Catero – with permission*
Jennifer Hadley Catero (No. 018380)
Patrick A. Tighe (No. 033885)
One East Washington Street
Suite 2700
Phoenix, AZ 85004
jcatero@swlaw.com
ptighe@swlaw.com

**AKIN GUMP STRAUSS HAUSER & FELD LLP**
By: */s/ Neal R. Marder – with permission*
Neal R. Marder (*pro hac vice*)
Joshua A. Rubin (*pro hac vice*)
Sina S. Safvati (*pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**WALLIN HESTER, PLC**

By: /s/ *Chad A. Hester – with permission*
Chad A. Hester (No. 022894)
Troy A. Wallin (No. 023522)
1760 East Pecos Road, Suite 332
Gilbert, AZ 85295
chester@wallinhester.com
twallin@wallinhester.com

**PAUL HASTINGS LLC**

By: /s/ *Bradley J. Bondi – with permission*
Bradley J. Bondi (*pro hac vice*)
Sara E. Ortiz (*pro hac vice*)
2050 M Street NW
Washington, DC 20036
bradbondi@paulhastings.com
saraortiz@paulhastings.com

*Attorneys for Defendant Trevor Milton*

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Gary Gotto*
Gary Gotto