IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　Defendants. | No.  CV-20-01797-PHX-SPL<br><br>No.  CV-20-01819-PHX-SPL (cons.)<br>No.  CV-20-02123-PHX-SPL (cons.)<br>No.  CV-20-02237-PHX-SPL (cons.)<br>No.  CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Modify Case Schedule (Doc. 214), in which the parties request an extension of various case deadlines. Finding good cause appearing, given the complexity of the case and the voluminous discovery already produced, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Modify Case Schedule (Doc. 214) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Written Discovery shall be completed by **March 6, 2024**.
2. Fact Discovery shall be completed by **April 21, 2025**.
3. Expert Disclosures shall be due by **May 20, 2025**.
4. Rebuttal Expert Disclosures shall be due by **June 27, 2025**.
5. Expert Depositions must be completed by **July 28, 2025**.
6. Good Faith Settlement talks must be completed by **August 8, 2025**.
7. Dispositive Motions shall be due by **September 3, 2025**.

The parties are apprised that all other governing rules and deadlines set forth in this Court's Case Management Order (Doc. 173) remain in effect.

Dated this 5th day of December, 2024.

Honorable Steven P. Logan
United States District Judge