IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>              Plaintiffs,<br>vs.<br><br>Nikola Corporation, et al.,<br><br>              Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is a Notice of Bankruptcy (Doc. 239), advising the Court that Defendant Nikola Corporation filed for bankruptcy on February 19, 2025, in the United States Bankruptcy Court, District of Delaware. Having considered such notice,

**IT IS ORDERED** that this action is **stayed** as to Defendant Nikola Corporation. Defendant Nikola Corporation shall be dismissed without further notice on **June 3, 2025**, unless prior thereto, a motion to continue the stay is filed or the Court is advised that the bankruptcy stay has been lifted and the parties are ready to proceed with this case.

Dated this 5th day of March, 2025.

Honorable Steven P. Logan
United States District Judge