1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8    Daniel Borteanu, et al.,                    )    No.  CV-20-01797-PHX-SPL
                                                 )
9                          Plaintiffs,           )    No.  CV-20-01819-PHX-SPL (cons.)
                                                 )    No.  CV-20-02123-PHX-SPL (cons.)
10   vs.                                         )    No.  CV-20-02237-PHX-SPL (cons.)
                                                 )    No.  CV-20-02374-PHX-SPL (cons.)
11   Nikola Corporation, et al.,                 )
                                                 )    **ORDER**
12                                               )
                           Defendants.           )
13                                               )
                                                 )
14

15        The Court has been advised that Plaintiffs and Defendants Nikola Corporation

16   ("Nikola"), Mark A. Russell, Kim J. Brady, and Jeffrey W. Ubben have reached a

17   settlement in this case. (Doc. 243). Accordingly,

18        **IT IS ORDERED** that Defendants Nikola Corporation ("Nikola"), Mark A.

19   Russell, Kim J. Brady, and Jeffrey W. Ubben will be dismissed *with prejudice* from this

20   case on **May 1, 2025**, unless a proposed class action settlement is filed prior to the dismissal

21   date.

22        Dated this 17th day of March, 2025.

23
24                                          _____
25                                          Honorable Steven P. Logan
                                            United States District Judge
26
27
28