IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>                Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

        Before the Court is Defendant Trevor Milton's Expedited Motion for Extension (Doc. 245), in which he requests a 90-day extension of all case management deadlines in light of "outstanding discovery issues as well as the additional hurdles to discovery resulting from Nikola's recent bankruptcy." (*Id.* at 2). Defendant Milton notes that "Plaintiff's counsel disagrees with the suggested 90-day extension, and instead has suggested a 45 day extension of discovery deadlines." (*Id.*).

        On December 6, 2024, this Court granted the parties' stipulation to extend all case management deadlines, which was granted based on "the complexity of the case and the voluminous discovery already produced." (Doc. 216 at 1). The Court understands that the parties' January 6, 2025 mediation was unsuccessful in resolving Plaintiffs' claims against Defendant Milton, that discovery disputes have arisen, and that Nikola Corporation's bankruptcy has "slow[ed] the process" of discovery. (Doc. 245 at 2). The Court is hopeful that an additional 60-day extension of case management deadlines will allow the parties to resolve their outstanding discovery disputes without need for Court intervention or further

extensions given the aging nature of this case. Accordingly,

**IT IS ORDERED** that the Expedited Motion for Extension (Doc. 245) is **granted as follows**:

1. Discovery shall be completed by **June 20, 2025**;
2. Expert Disclosures shall be due by **July 21, 2025**;
3. Rebuttal Expert Disclosures shall be due by **August 26, 2025**;
4. Expert Depositions shall be completed by **September 26, 2025**;
5. Good Faith Settlement talks shall be completed by **October 7, 2025**; and
6. Dispositive Motions shall be due by **November 3, 2025**.

The parties are apprised that all other governing rules and deadlines set forth in this Court's Case Management Order (Doc. 173) remain in effect.

Dated this 27th day of March, 2025.

Honorable Steven P. Logan
United States District Judge