Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Class Representatives and for the Class*

(*Class Counsel for Class Representatives and for the Class appear on the Signature Page*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>Nikola Corporation, et al.,<br><br>                Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE CONCERNING STATUS OF SETTLEMENT** |

Class Representatives George Mersho and Vincent Chau ("Plaintiffs"), respectfully provide this Notice to inform the Court of certain events that have occurred since the Court issued its March 17, 2025 Order, stating: "Defendants Nikola Corporation ("Nikola"), Mark A. Russell, Kim J. Brady, and Jeffrey W. Ubben will be dismissed *with prejudice* from this case on May 1, 2025, unless a proposed class action settlement is filed prior to the dismissal date." ECF No. 244.

On January 28, 2025, Plaintiffs and Defendants Nikola Corporation ("Nikola"), Mark A. Russell, Kim J. Brady, and Jeffrey W. Ubben ("Settling Defendants" and, together with Plaintiffs, the "Settling Parties"), executed a term sheet setting forth the material terms of the settlement, including Nikola's obligation – in the event that it files for bankruptcy – to file a motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the bankruptcy court's approval of the settlement agreement in connection with seeking confirmation of any plan of reorganization or liquidation filed in such Bankruptcy Case (the "Plan").

On February 19, 2025, Nikola filed a voluntary petition for relief under Title 11 of the Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). *See* ECF No. 239.

On March 5, 2025, the Court issued an Order staying the action as to Nikola. ECF No. 241.

On March 10, 2025, the Settling Parties filed a joint notice informing the Court of the settlement in principle. ECF No. 243.

On March 17, 2025, the Court issued its Order stating that Settling Defendants will be dismissed with prejudice on May 1, 2025, unless a proposed class action settlement is filed.

On March 28, 2025, Plaintiffs' counsel was informed by Nikola's counsel as well as Nikola's bankruptcy counsel that Nikola would not be filing a motion under Rule 9019 or otherwise presenting or defending the settlement for approval by the bankruptcy court. Absent the filing and grant of the Rule 9019 motion, Plaintiffs and the class will receive no consideration under the terms of the proposed settlement.

In light of Nikola's refusal to comply with the settlement term sheet, Plaintiffs request that the Court rescind the March 17, 2025 Order requiring the dismissal of Settling Defendants on May 1, 2025, and permit Plaintiffs to continue their prosecution of their claims against Messrs. Russell, Brady and Ubben. *See* ECF No. 240 (explaining why the automatic stay provided in Section 362(a) of the Bankruptcy Code applies only to Nikola and not to the individual Defendants); ECF No. 241 (staying case against Nikola only).

**RESPECTFULLY SUBMITTED** on April 4, 2025.

**KELLER ROHRBACK LLP**

By: */s/ Gary Gotto*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Attorneys for Class Representatives
and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Class Counsel*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
David J. Schwartz (*pro hac vice*)

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Gary Gotto
Gary Gotto, Esq.