IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is Plaintiffs' Notice Concerning Status of Settlement (Doc. 248), in which they request that the Court rescind its March 17, 2025 Order (Doc. 244) and permit Plaintiffs to continue the prosecution of their claims against Defendants Russell, Brady, and Ubben in light of disagreements that have arisen regarding the parties' proposed settlement. Good cause appearing,

**IT IS ORDERED** that the March 17, 2025 Order (Doc. 244) setting forth a dismissal deadline for the Defendants Russell, Brady, and Ubben is **vacated.**

**IT IS FURTHER ORDERED** that the Case Management Deadlines set forth in this Court's March 27, 2025 Order (Doc. 247) shall apply to Defendants Russell, Brady, and Ubben. No further extensions of these deadlines will be considered.

Dated this 4th day of April, 2025.

Honorable Steven P. Logan
United States District Judge