Geoffrey M.T. Sturr, No. 014063
Travis C. Hunt, No. 035491
Alexandria N. Karpurk, No. 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2838
(602) 640-9000
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendants
Mark A. Russell and Kim J. Brady

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel Borteanu, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.<br><br>Defendants. | No. 2:20-cv-01797-PHX-SPL<br>   2:20-cv-01819-PHX- (cons.)<br>   2:20-cv-02123-PHX-JJT (cons.)<br>   2:20-cv-02168-PHX-DLR (cons.)<br>   2:20-cv-02237-PHX-DLR (cons.)<br>   2:20-cv-02374-PHX-DWL (cons.)<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL** |
|---|---|

Pursuant to LRCiv. 83.3(b)(1), Defendants Mark A. Russell and Kim J. Brady ("Defendants") submit this application for substitution of counsel. Subject to approval by the Court, Geoffrey M. T. Sturr, Travis C. Hunt and Alexandria N. Karpurk of Osborn Maledon, will substitute as counsel for Defendants. The law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and its attorneys Brad S. Karp, Susanna M. Buergel, Gregory F. Laufer, and Alison R. Benedon are withdrawing from the representation of Defendants.

The contact information for substituting counsel are:

Geoffrey M.T. Sturr
Travis C. Hunt
Alexandria N. Karpurk
OSBORN MALEDON, P.A.
2929 N. Central Avenue

|   |   |
|---|---|
| 1 | Suite 2000 |
| 2 | Phoenix, Arizona 85012 |
|   | T: (602) 640-9000 |
| 3 | F: (602) 640-9050 |
|   | gsturr@omlaw.com |
| 4 | thunt@omlaw.com |
|   | akarpurk@omlaw.com |

This application is being submitted with the knowledge and approval of the Defendants, whose signatures are included in this application.

APPROVED BY:

*[DocuSigned signature: Mark Russell]*
AC775E07C3C2447...

Mark A. Russell

_____

Kim J. Brady

RESPECTFULLY SUBMITTED this _____ day of April, 2025.

OSBORN MALEDON, P.A.

By: s/_____
Geoffrey M.T. Sturr
Travis C. Hunt
Alexandria N. Karpurk
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendants Mark A. Russell and Kim J. Brady

1
2
3
4

Suite 2000
Phoenix, Arizona 85012
T: (602) 640-9000
F: (602) 640-9050
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

This application is being submitted with the knowledge and approval of the Defendants, whose signatures are included in this application.

APPROVED BY:

_____
Mark A. Russell

*kim Brady* (DocuSigned by: kim Brady / 003AEFA720874AF...)
Kim J. Brady

RESPECTFULLY SUBMITTED this 29th day of April, 2025.

OSBORN MALEDON, P.A.

By: s/ Geoffrey M.T. Sturr
Geoffrey M.T. Sturr
Travis C. Hunt
Alexandria N. Karpurk
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Defendants Mark A. Russell and Kim J. Brady

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on April 29th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on April 29, 2025, I served the attached document by first-class mail on the Honorable Steven P. Logan, United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 521, 401 West Washington Street, SPC 82, Phoenix, Arizona 85003-2161.

s/ Lauren Dwyer