| | |
|---|---|
| 1 | Gary Gotto (No. 007401) |
| 2 | **KELLER ROHRBACK LLP**<br>3101 North Central Avenue, Suite 1400 |
| 3 | Phoenix, AZ 85012<br>Telephone:   (602) 230-6322 |
| 4 | Email: ggotto@kellerrohrback.com |
| 5 | *for Lead Plaintiffs Nikola Investor Group II and for the Class* |
| 6 | (*Lead Counsel for Lead Plaintiffs Nikola Investor |
| 7 | Group II and for the Class appear on the Signature Page*) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Jeffrey W. Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO PERMIT DEPOSITION OF JEFFREY UBBEN TO OCCUR AFTER DISCOVERY CUTOFF DATE** |

Lead Plaintiffs and Class Representatives George Mersho and Vincent Chau ("Lead Plaintiffs" or "Plaintiffs") and Defendant Jeffrey W. Ubben (together with Plaintiffs, the "Stipulating Parties"), hereby submit this Stipulation. A proposed order is attached hereto.

**RECITALS**

**WHEREAS**, on March 8, 2024, the Court entered an Order setting forth certain case management deadlines, including a deadline for the completion of fact discovery of January 20, 2025;

**WHEREAS**, on December 6, 2024, the Court entered an Order continuing certain case management deadlines, including continuing the deadline for the completion of fact

1  discovery to April 21, 2025;

2  **WHEREAS**, on March 10, 2025, Plaintiffs and Defendants Nikola, Russell, Brady, and Ubben provided a notice to the Court that those parties had reached a settlement and requested that the Court stay the Action as to Nikola, Russell, Brady, and Ubben.

**WHEREAS**, on March 17, 2025, the Court ordered that Defendants Nikola, Russell, Brady Ubben will be dismissed with prejudice from this case on May 1, 2025, unless a proposed class action settlement was filed prior to that date;

**WHEREAS**, on March 27, 2025, the Court entered an Order continuing certain case management dates as to the only then-remaining non-settled Defendant, Trevor Milton, including continuing the deadline for the completion of fact discovery to June 20, 2025;

**WHEREAS**, on April 4, 2025, Plaintiffs notified the Court that Nikola would not be "presenting or defending the settlement for approval by the bankruptcy court" and requested that the Court permit Plaintiffs to "continue their prosecution of their claims against [Defendants] Russell, Brady and Ubben."

**WHEREAS**, on April 7, 2025, the Court entered an Order vacating the dismissal deadline in its March 17, 2025 Order and ordering that the case management deadlines set forth in its March 27, 2025 Order be applied to Defendants Russell, Brady, and Ubben, including the June 20, 2025 deadline for the completion of fact discovery;

**WHEREAS**, on November 25, 2024, Plaintiffs contacted counsel for Mr. Ubben about scheduling Mr. Ubben's deposition for January 3, 2025.

**WHEREAS**, on December 10, 2024, in light of the Court's grant of a jointly requested extension, Plaintiffs took Mr. Ubben's deposition off calendar.

**WHEREAS**, in early May, 2025, Plaintiffs resumed discussion with counsel for Mr. Ubben about scheduling Mr. Ubben's deposition;

**WHEREAS**, Mr. Ubben has a planned international trip with his family beginning the week of May 19 and extending past the June 20, 2025 close of discovery, which plans were finalized when Mr. Ubben believed that this case had been settled;

**WHEREAS**, in light of Mr. Ubben's planned travels, the Stipulating Parties believe

1  that there is good cause for the Court to permit Mr. Ubben's deposition to occur on or prior
2  to July 11, 2025, approximately three weeks after the discovery cutoff;

3      **WHEREAS**, with the exception of permitting Mr. Ubben's deposition to occur on
4  or prior to July 11, 2025, the Stipulating Parties do not seek to modify any deadlines adopted
5  and set forth in the Court's April 7, 2025 Order;

6      **WHEREAS**, the Stipulating Parties believe that Mr. Ubben's deposition being taken
7  on or before July 11, 2025, will not result in prejudice to any party;

8      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as
9  follows:

10     1.  Plaintiffs may take the deposition of Defendant Ubben on or before July 11,
11 2025.

12     2.  No other deadlines adopted and set forth in the Court's prior Orders are modified
13 by this Order.

14     IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 20th day of May, 2025. | SNELL & WILMER L.L.P.<br><br>By: *s/ Jennifer H. Catero*<br>Jennifer H. Catero<br>Patrick A. Tighe<br>One East Washington Street<br>Suite 2700<br>Phoenix, Arizona 85004-2556<br><br>and<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Neal R. Marder (*Pro Hac Vice*)<br>Joshua A. Rubin (*Pro Hac Vice*)<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br><br>*Attorneys for Defendant Jeffrey Ubben*<br><br>KELLER ROHRBACK LLP<br><br><br>By: *s/ Gary Gotto (w/ permission)*<br>Gary Gotto<br>3101 North Central Ave., Ste. 1400<br>Pheonix, AZ 85012<br>*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*<br><br>POMERANTZ LLP<br>Jeremy A. Lieberman (*pro hac vice*)<br>Michael J. Wernke (*pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br><br>BLOCK & LEVITON LLP<br>Jeffrey C. Block (*pro hac vice*)<br>Jacob A. Walker (*pro hac vice*)<br>Michael Gaines (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class* |