**WALLIN HESTER, PLC**
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 E. Pecos Rd., #332
Gilbert, AZ 85295
(480) 240-4150
TWallin@wallinhester.com
C.Hester@wallinhester.com
*Attorneys for Defendant Trevor Milton*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**DEFENDANT TREVOR MILTON'S CROSS-NOTICE OF DEPOSITION OF STEPHEN GIRSKY** |

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Defendant Trevor Milton, by and through undersigned counsel, will take the deposition upon oral examination of the individual listed below. The deposition is being taken for the purpose of discovery, to be used at trial, and for any purpose permitted by the Federal Rules of Civil Procedure. The deposition shall take place at the time and place listed below and will continue from day to day until completed, excluding weekends and holidays.

      **Individual:** Stephen Girsky
      **Date:** June 12, 2025
      **Time:** 9:00 am EST
      **Location:** Video conference

1

PLEASE TAKE FURTHER NOTICE that the deposition shall take place before a certified court reporter or other officer authorized by law to administer oaths, and will be recorded by stenographic means, by videotape (audio and visual), and through the real-time instant visual display of testimony.

DATED May 21, 2025

                WALLIN HESTER PLC

                By: */s/Chad A. Hester*
                     Troy A. Wallin (No. 023522)
                     Chad A. Hester (No. 022894)
                     1760 E. Pecos Rd. #332
                     Gilbert, AZ 85295
                     (480) 240-4150

                *Attorneys for Defendant Trevor Milton*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Chad A. Hester*
Chad A. Hester