IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>                    Plaintiffs,<br>vs.<br><br>Nikola Corporation, et al.,<br><br>                    Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is the parties' Stipulation (Doc. 262). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 262) is **granted** and Plaintiffs may take the deposition of Defendant Ubben by **July 11, 2025**. All other deadlines remain the same.

Dated this 27th day of May, 2025.

Honorable Steven P. Logan
United States District Judge