1  **KELLER ROHRBACK LLP**
   Gary Gotto, Esq.
2  3101 North Central Avenue, Suite 1400
   Phoenix, AZ 85012
3  Telephone: (602) 230-6322
   ggotto@kellerrohrback.com
4
   *Liaison Counsel for Lead Plaintiffs Nikola*
5  *Investor Group II and for the Class*

6  *(Lead Counsel for Lead Plaintiffs*
   *Nikola Investor Group II and for the Class*
7  *appear on the Signature Page)*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF ARIZONA**
9

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**LEAD PLAINTIFFS' NOTICE OF DEPOSITION OF BRENDAN BABIARZ** |

PLEASE TAKE NOTICE that Class Representatives and Lead Plaintiffs will, through their counsel of record, take the deposition upon oral examination of the individual listed below on the 12th day of June 2025. The deposition is being taken for the purpose of discovery, to be used at trial, and for any purpose permitted by the Federal Rules of Civil Procedure. The deposition shall take place at the times and place listed below and will continue from day to day until completed, excluding weekends and holidays.

| **INDIVIDUAL** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Brendan Babiarz | June 12, 2025 9:00 | Remote via videoconference. |

1  PLEASE TAKE FURTHER NOTICE that the deposition shall take place before a certified court reporter or other officer authorized by law to administer oaths, and will be recorded by stenographic means, by videotape (audio and visual), and through the real-time instant visual display of testimony.

Dated: June 2, 2025

Respectully Submitted,

By: */s/ Gary Gotto*
**KELLER ROHRBACK LLP**
Gary Gotto, Esq. (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:    (212) 907-0700
Facsimile:    (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jgardner@laaton.com
dschwartz@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, Esq. (*pro hac vice*)
Jacob A. Walker, Esq. (*pro hac vice*)
Michael D. Gaines, Esq. (*pro hac vice*)
Mark B. Byrne (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA  02110
Telephone: 617 398-5600
Facsimile 617 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
mark@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**POMERANTZ LLP**
Jeremy A Lieberman, Esq. (*pro hac vice*)
Michael J. Wernke, Esq. (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Gary Gotto