IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>Plaintiffs,<br>vs.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion to Continue Stay of Proceedings as to Defendant Nikola Corporation (Doc. 276). Defendant Nikola Corporation ("Nikola") filed for bankruptcy on February 19, 2025, in the United States Bankruptcy Court, District of Delaware. (Doc. 239). This Court subsequently ordered that this action would be stayed as to Nikola, but that Nikola would be dismissed without further notice on June 3, 2025, unless prior thereto, a motion to continue the stay was filed or the Court was advised that the bankruptcy stay has been lifted and the parties are ready to proceed with this case. (Doc. 241). On June 2, 2025, Plaintiff-Class Representatives George Mersho and Vincent Chau moved to maintain the stay of proceedings pending the completion of Nikola's bankruptcy proceedings. (Doc. 276 at 1). Plaintiffs state that they "will submit an update to the Court with respect to the status of Nikola's bankruptcy proceedings in 90 days, or when such proceedings conclude, whichever comes first." (*Id.*). Good cause appearing, Plaintiffs' motion will be granted. Plaintiffs shall be required to file status reports every ninety (90) days, and within three (3) days of any ruling on Nikola's bankruptcy proceedings. The

parties are warned that Nikola may be dismissed without further notice should the parties fail to comply with this order.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Continue Stay of Proceedings as to Defendant Nikola Corporation (Doc. 276) is **granted**. Plaintiffs must file status reports every ninety (90) days, and within three (3) days of any ruling on Defendant Nikola Corporation's bankruptcy proceedings.

Dated this 3rd day of June, 2025.

Honorable Steven P. Logan
United States District Judge