**HATCH LAW GROUP PC**
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
(801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com
snow@hatchpc.com

**WALLIN HESTER, PLC**
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 E. Pecos Rd., #332
Gilbert, AZ 85295
(480) 240-4150
TWallin@wallinhester.com
C.Hester@wallinhester.com
*Attorneys for Defendant Trevor Milton*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE OF SERVICE OF DEFENDANT TREVOR MILTON'S FIRST SUPPLEMT TO INITIAL DISCLOSURES** |

Notice is hereby given that Defendant Trevor Milton, through counsel, has on this 5th day of June 2025, caused to be served by email a copy of Defendant Trevor Milton's First Supplement to Initial Disclosures to:

1

Gary A. Gotto, *ggotto@kellerrohrback.com*
**KELLER ROHRBACK LLP**
3101 N. Central Ave., Ste. 1400
Phoenix, AZ 85012

*Liaison Counsel for Lead Plaintiffs*

Jeremy A Lieberman, *Jalieberman@pomlaw.com*
Michael J. Wernke, *mjwernke@pomlaw.com*
**POMERANTZ LLP**
600 3rd Ave., 20th Fl.
New York, NY 10016

Jeffrey C. Block, *jeff@blockleviton.com*
Jacob Walker, *jake@blockleviton.com*
Brendan Jarboe, *brendan@blockleviton.com*
Michael Gaines, *michael@blockleviton.com*
Mark B. Byrne, *mark@blockleviton.com*
**BLOCK & LEVITON LLP**
260 Franklin St., Ste. 1860
Boston, MA 02110

*Counsel for Lead Plaintiffs*

James T. Christie, *JChristie@labaton.com*
Jacqueline R. Meyers, *JMeyers@labaton.com*
Michael P. Canty, *mcanty@labaton.com*
David J. Schwartz, *dschwartz@labaton.com*
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005

*Additional Counsel for Lead Plaintiffs*

Jennifer H. Catero, *jcatero@swlaw.com*
Patrick A. Tighe, *ptighe@swlaw.com*
**SNELL & WILMER LLP**
1 East Washington St., Ste. 2700
Phoenix, AZ 85004

| | |
|---|---|
| 1 | Neal R. Marder, *nmarder@akingump.com* |
| 2 | Joshua A. Rubin, *rubinj@akingump.com* |
|   | **AKIN GUMP STRAUSS HAUER & FELD - LOS ANGELES** |
| 3 | 1999 Avenue of The Stars, Ste. 600 |
| 4 | Los Angeles, CA 90067 |
| 5 | *Attorneys for Jeffrey Ubben* |
| 6 | Brad S. Karp, *bkarp@paulweiss.com* |
| 7 | Susanna M. Buergel, *sbuergel@paulweiss.com* |
|   | Gregory F. Laufer, *glaufer@paulweiss.com* |
| 8 | Alison R. Benedon, *abenedon@paulweiss.com* |
| 9 | **PAUL WEISS RIFKIND WHARTON & GARRISON LLP** |
|   | 1285 Avenue Of The Americas |
| 10 | New York, NY 10019 |
| 11 | Dennis I. Wilenchik, *diw@wb-law.com* |
| 12 | **WILENCHIK & BARTNESS PC** |
|   | 2810 N. 3rd St., Ste. 103 |
| 13 | Phoenix, AZ 85004 |
| 14 | *Attorneys for Nikola Corporation* |
| 15 | |
| 16 | Geoffrey M.T. Sturr, *gsturr@omlaw.com* |
|   | Travis C. Hunt, *thunt@omlaw.com* |
| 17 | Alexandra N. Karpurk, *akarpurk@omlaw.com* |
|   | **OSBORN MALEDON PA** |
| 18 | 2929 N. Central Ave., Ste. 2000 |
| 19 | Phoenix, Arizona 85012 |
| 20 | *Attorneys for Mark Russell and Kim Brady* |

DATED June 5, 2025

**WALLIN HESTER PLC**
By: */s/ Chad A. Hester*
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 E. Pecos Rd. #332
Gilbert, AZ 85295
(480) 240-4150

**HATCH LAW GROUP PC**
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
(801) 869-1919

*Attorneys for Defendant Trevor Milton*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Chad A. Hester*
Chad A. Hester