Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Nikola Corporation, Trevor R. Milton, Mark A. Russell, Kim J. Brady, Jeffrey W. Ubben,<br><br>Defendants. | Case No: 2:20-cv-01797-PHX-SPL<br>Case No: 2:20-cv-01819-PHX-SPL (cons.)<br>Case No: 2:20-cv-02123-PHX-SPL (cons.)<br>Case No: 2:20-cv-02168-PHX-SPL (cons.)<br>Case No: 2:20-cv-02237-PHX-SPL (cons.)<br>Case No: 2:20-cv-02374-PHX-SPL (cons.)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO PERMIT PRODUCTION AFTER DISCOVERY CUTOFF DATE** |

Lead Plaintiffs and Class Representatives George Mersho and Vincent Chau ("Lead Plaintiffs" or "Plaintiffs") and Third Parties 1DS Collective LLC and Aros MG LLC (the "Stipulating Non-Party Production Companies") (together with Plaintiffs, the "Stipulating Parties"), hereby submit this Stipulation. A proposed order is attached hereto.

## RECITALS

**WHEREAS**, on various dates following his criminal convictions for securities fraud and wire fraud, Defendant Trevor Milton paid a third party to create a documentary film concerning his criminal prosecution and the facts at issue this litigation;

**WHEREAS**, May 20, 2025, Plaintiffs issued and served subpoenas for the production of documents directed to non-parties Aros MG LLC, Hunt House Pictures LLC, Skytoucher Films LLC, 1DS LLC, and Blue Note Pictures LLC, seeking, among other documents, the video footage, including unused footage and outtakes, shot, acquired, licensed or produced in connection with the documentary *The Trevor Milton Saga: Conviction or Conspiracy*;

**WHEREAS**, on June 2, 2025, upon the request of counsel for the Stipulating Non-Party Production Companies, Plaintiffs agreed to extend the time for the Stipulating Non-Party Production Companies to object to the subpoenas until June 6, 2025;

**WHEREAS**, on June 5, 2025 the Stipulating Non-Party Production Companies raised various objections to the subpoenas;

**WHEREAS**, on June 6, 2025, following a meet and confer, Plaintiffs and the Stipulating Non-Party Production Companies reached an agreement in principle concerning the scope of documents to be produced pursuant to the subpoenas, and a timeline for their production;

**WHEREAS**, counsel for the Stipulating Non-Party Production Companies is travelling and has other intervening commitments between June 9, 2025, and June 20, 2025;

**WHEREAS**, in light of counsel for the Stipulating Non-Party Production Companies planned travels and committements, and in order to minimize the burden imposed by compliance with the subpoenas, the Stipulating Parties believe that there is good cause for the Court to permit production of documents after the close of fact discovery;

**WHEREAS**, with the exception of permitting the production of responsive documents and the preserving the rights of the Stipulating Parties with respect to the subpoenas until July 31, 2025, the Stipulating Parties do not seek to modify any deadlines adopted and set forth in the Court's April 7, 2025 Scheduling Order (which does not relate to the Stipulating Non-Party Production Companies);

**WHEREAS**, the Stipulating Parties believe that the production of documents responsive to the subpoenas on or before July 31, 2025, will not result in prejudice to any party;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Stipulating Non-Party Production Companies shall produce documents in response to the subpoenas on or before July 31, 2025.

2. The Stipulating Parties reserve both (1) all timely made objections and (2) rights to seek enforcement of the subpoenas directed to the Stipulating Non-Party Production Companies as so limited and modified by the parties as noted above.

3. No other deadlines adopted and set forth in the Court's prior Orders are modified

by this Order.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED on June 17, 2025.

**Belous Law Corporation**
By: /s/ Relani Belous
Relani Belous
9935 S Santa Monica Blvd, Ste. 21
Beverly Hills, CA 90212

*Attorney for 1DS Collective LLC and Aros MG LLC*

**KELLER ROHRBACK LLP**
By: /s/ Gary Gotto
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com
*Lead Counsel for Lead Plaintiffs
Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II
and Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Gary Gotto