IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Nikola Corporation, et al., <br><br> Defendants. | No. CV-20-01797-PHX-SPL <br><br> No. CV-20-01819-PHX-SPL (cons.) <br> No. CV-20-02123-PHX-SPL (cons.) <br> No. CV-20-02237-PHX-SPL (cons.) <br> No. CV-20-02374-PHX-SPL (cons.) <br><br> **ORDER** |

Before the Court is a Stipulated Motion to Extend Discovery Deadlines (Doc. 284) filed jointly by Plaintiffs and Defendant Trevor Milton. The parties request a limited 14-day extension of the Expert Disclosure, Rebuttal Expert Disclosure, and Expert Deposition deadlines. (*Id.* at 2). Good cause appearing, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Extend Discovery Deadlines (Doc. 284) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Expert Disclosures shall be due by **August 4, 2025**.
2. Rebuttal Expert Disclosures shall be due by **September 9, 2025**.
3. Expert Depositions must be completed by **October 10, 2025**.

Dated this 16th day of July, 2025.

Honorable Steven P. Logan
United States District Judge