Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:    (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Class Representatives and for the Class*

(*Class Counsel for Class Representatives and for the Class appear on the Signature Page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE OF SERVICE OF CLASS REPRESENTATIVES' EXPERT DISCLOSURES** |

Notice is hereby given that class representatives George Mersho and Vincent Chau ("Plaintiffs"), through counsel, have on the 4th day of August 2025, caused to be served by email a copy of Plaintiffs' expert disclosures to:

**WALLIN HESTER, PLC**
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 East Pecos Road, Suite 332
Gilbert, AZ 85295
twallin@wallinhester.com
chester@wallinhester.com

**HATCH LAW GROUP PC**
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
hatch@hatchpc.com
pace@hatchpc.com
snow@hatchpc.com

*Attorneys for Defendant Trevor R. Milton*

**WILENCHIK & BARTNESS, P.C.**
**OSBORN MALEDON PA**
Geoffrey M.T. Sturr
Travis C. Hunt
Alexandra N. Karpurk
2929 N. Central Ave., Ste. 2000
Phoenix, Arizona 85012
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

*Attorneys for Defendants Kim J. Brady and Mark A. Russell*

**SNELL & WILMER L.L.P.**
Jennifer Hadley Catero (No. 018380)
Patrick A. Tighe (No. 033885)
One East Washington Street
Suite 2700

Phoenix, AZ 85004
jcatero@swlaw.com
ptighe@swlaw.com

**AKIN GUMP STRAUSS HAUSER & FELD LLP**
Neal R. Marder (*pro hac vice*)
Joshua A. Rubin (*pro hac vice*)
Sina S. Safvati (*pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
nmarder@akingump.com
rubinj@akingump.com
ssafvati@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**RESPECTFULLY SUBMITTED** on August 5, 2025.

**KELLER ROHRBACK LLP**
By: */s/ Gary Gotto*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Attorneys for Class Representatives
and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com

jake@blockleviton.com
michael@blockleviton.com

*Class Counsel*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
David J. Schwartz (*pro hac vice*)

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel*

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on August 5, 2025, the attached document was electronically

3

transmitted to the Clerk of the Court using the CM/ECF System which will send notification

4

of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

5

6

                            */s/ Gary Gotto*
                            Gary Gotto, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28