Geoffrey M.T. Sturr, No. 014063
Travis C. Hunt, No. 035491
Allie Karpurk, No. 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2838
(602) 640-9000
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendants
Mark A. Russell and Kim J. Brady

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.<br><br>Defendants. | No. 2:20-cv-01797-PHX-SPL<br>    2:20-cv-01819-PHX- (cons.)<br>    2:20-cv-02123-PHX-JJT (cons.)<br>    2:20-cv-02168-PHX-DLR (cons.)<br>    2:20-cv-02237-PHX-DLR (cons.)<br>    2:20-cv-02374-PHX-DWL (cons.)<br><br>**STIPULATED JOINT MOTION TO EXTEND CASE DEADLINES CONCERNING EXPERT DISCOVERY**<br><br>**(Fourth Request)[1]** |

Defendants Mark A. Russell and Kim J. Brady ("Russell and Brady") and Class Representatives George Mersho and Vincent Chau ("Plaintiffs") jointly request the Court to enter an amended scheduling order extending the deadlines for rebuttal expert disclosures by 17 days and expert depositions by 14 days as set forth below:

---

[1] On December 6, 2024, all case deadlines were extended by 91 days. (Doc. 216.) On March 27, 2025, the Court extended the case deadlines again by 60 days. (Doc. 247.) On July 16, 2025, the Court extended discovery deadlines by 14 days upon joint stipulation of Defendant Trevor Milton and Plaintiffs. (Doc. 284.)

| Scheduled Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Rebuttal Expert Disclosures Due | September 9, 2025 | **September 26, 2025** |
| Expert Depositions completed | October 10, 2025 | **October 24, 2025** |

The Court's scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); *see also* Doc. 165-1 at 8 ("the Court will not extend the deadlines absent good cause to do so"). The "'good cause' standard primarily considers the diligence of the party seeking the modification," and whether discovery needs can reasonably be met. *Green v. City of Phoenix*, 330 F.R.D. 239, 240 (D. Ariz. 2019) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

Good cause exists for the motion. Russell and Brady have been diligently working with a retained expert to meet the current September 9, 2025 deadline, but the expert retained has other engagements that interfere with the current deadline. The requested extension should allow sufficient time for the expert to complete his rebuttal report and the parties to conduct expert depositions.

Russell and Brady have met and conferred with Plaintiffs about the requested extension, and they agree that it will not adversely impact the progress of the case and agreed to stipulate and join Russell and Brady in requesting it. Russell and Brady have also met and conferred with Defendants Trevor Milton and Jeffrey Ubben, and they have informed Russell and Brady that they have no objection to the requested extension. Russell and Brady and Plaintiffs therefore jointly request that the Court grant this motion and enter the proposed amended scheduling order.

1    RESPECTFULLY SUBMITTED this 22nd day of August, 2025.

2                          OSBORN MALEDON, P.A.

3

4    By: s/ Travis C. Hunt
     Geoffrey M.T. Sturr
5    Travis C. Hunt
     Allie Karpurk
6    2929 N. Central Avenue, Suite 2000
     Phoenix, Arizona 85012

7    Attorneys for Defendants Mark A. Russell and
     Kim J. Brady
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28