Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

**PLAINTIFFS' STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY**

Per this Court's Order of June 3, 2025 (ECF No. 278), class Representatives George Mersho and Vincent Chau ("Plaintiffs") respectfully submit this status report concerning the ongoing bankruptcy proceedings of Defendant Nikola Corporation ("Nikola").

On April 11, 2025, the Bankruptcy Court approved the sale of the bulk of Nikola's assets. *See In re: Nikola Corp.*, No. 25-10258, Dkt. No. 408 (Bankr. D. Ariz. Apr. 11, 2025). Nikola filed a Combined Disclosure Statement and Chapter 11 Plan of Liquidation on June 23, 2025 ("Disclosure Statement and Liquidation Plan"), *id.* Dkt. No. 640, which drew objections from, among others, Defendant Trevor Milton, *id.* Dkt. No. 675. Nikola filed a First Amended Disclosure Statement and Liquidation Plan on July 23, 2025, *id.* Dkt. No. 774, which again drew objections, *e.g. id.* Dkt. Nos. 935, 937. Today, September 2, 2025, Nikola filed a Second Amended Disclosure Statement and Liquidation Plan. *Id.* Dkt. No. 955. Nikola's bankruptcy proceedings are ongoing and the Company's ultimate disposition at their conclusion is uncertain.

Plaintiffs maintain that the stay of litigation as to Nikola in this action is consistent with the requirements of 11 U.S.C. § 362(a) as well as reasonable and appropriate in light of the circumstances. *See In re Chugach Forest Prod., Inc.*, 23 F.3d 241, 246 (9th Cir. 1994).

September 2, 2025                                                      Respectfully submitted,

**KELLER ROHRBACK LLP**

By:   /s/ Gary Gotto
      Gary Gotto (No. 007401)
      3101 North Central Avenue, Suite 1400
      Phoenix, AZ 85012
      Telephone:   (602) 230-6322
      ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone:    (617) 398-5600
Facsimile:    (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:   (212) 907-0700
Facsimile:   (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Gary Gotto*
Gary Gotto