Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

**PLAINTIFFS' SECOND STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY**

1  Per this Court's Order of June 3, 2025 (ECF No. 278), class Representatives George Mersho and Vincent Chau ("Plaintiffs") respectfully submit this status report concerning the ongoing bankruptcy proceedings of Defendant Nikola Corporation ("Nikola").

Plaintiffs' previous status report, dated September 2, 2025, described Nikola's Second Amended Disclosure Statement and Liquidation Plan (the "Plan"), which was objected to by Defendant Trevor Milton and Plaintiffs. *See* ECF No. 289. At a hearing on September 5, 2025, the United States Bankruptcy Court for the District of Delaware overruled all objections to the Plan and approved the Plan on a final basis.

A copy of the certified transcript of the Bankruptcy Court's September 5, 2025 hearing is attached hereto as Exhibit A. The Bankruptcy Court's ruling, which in relevant part holds that a criminal conviction and arbitration award issued against Defendant Milton established that Defendant Milton committed misconduct in the form of fraud, illegality, and breach of fiduciary duties, and are entitled to a preclusive effect notwithstanding his receipt of a Presidential pardon, can be found in Exhibit A at pages 123 to 137. The ruling is subject to potential appeal.

September 11, 2025                                  Respectfully submitted,

**KELLER ROHRBACK LLP**

By:  /s/ Gary Gotto
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs
Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone:    (617) 398-5600
Facsimile:    (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Gary Gotto*
Gary Gotto