1  Geoffrey M.T. Sturr, No. 014063
2  Travis C. Hunt, No. 035491
   Allie Karpurk, No. 037029
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2838
   (602) 640-9000
5  gsturr@omlaw.com
   thunt@omlaw.com
6  akarpurk@omlaw.com

7  Attorneys for Defendants
   Mark A. Russell and Kim J. Brady
8

9                IN THE UNITED STATES DISTRICT COURT
10                    FOR THE DISTRICT OF ARIZONA

11 | Daniel Borteanu, Individually and on Behalf of all Others Similarly Situated, | No. 2:20-cv-01797-PHX-SPL
12 |                                                                               | 2:20-cv-01819-PHX- (cons.)
13 | Plaintiff,                                                                    | 2:20-cv-02123-PHX-JJT (cons.)
   |                                                                               | 2:20-cv-02168-PHX-DLR (cons.)
14 | v.                                                                            | 2:20-cv-02237-PHX-DLR (cons.)
   |                                                                               | 2:20-cv-02374-PHX-DWL (cons.)
15 | Nikola Corporation, et al.                                                    | **NOTICE OF SERVICE OF DISCOVERY**
16 | Defendants.                                                                   |

17

18      Defendants Mark A. Russell and Kim J. Brady, by and through undersigned
19 counsel, hereby notifies the Court that they served the Expert Rebuttal Report of Andrew
20 H. Roper, dated September 26, 2025, by electronic mail on September 26, 2025, upon all
21 counsel of record.
22      DATED this 26th day of September, 2025.
23                                      OSBORN MALEDON, P.A.
24                                      By: s/ Travis C. Hunt
25                                          Geoffrey M.T. Sturr
                                            Travis C. Hunt
26                                          Allie Karpurk
                                            2929 N. Central Avenue, Suite 2000
27                                          Phoenix, Arizona 85012
28                                      Attorneys for Defendants Mark A. Russell and
                                        Kim J. Brady

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28