Jennifer Hadley Catero (#018380)
Patrick A. Tighe (#033885)
**SNELL & WILMER L.L.P.**
One East Washington Street, Suite 2700
Phoenix, AZ 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: jcatero@swlaw.com
           ptighe@swlaw.com

Neal R. Marder (*Admitted Pro Hac Vice*)
Joshua A. Rubin (*Admitted Pro Hac Vice*)
Jessica J. Mannon (*Admitted Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001
Email: nmarder@akingump.com
           rubinj@akingump.com
           jmannon@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE OF SERVICE OF DEFENDANT JEFFREY UBBEN'S EXPERT REBUTTAL REPORT OF GLENN HUBBARD** |

Defendant Jeffrey Ubben notifies the Court that, on September 26, 2025, Mr. Ubben served the Expert Rebuttal Report of Glenn Hubbard dated September 26, 2025, by electronic mail, upon all counsel of record.

DATED this 26th day of September, 2025.

**SNELL & WILMER L.L.P.**

By: *s/ Patrick A. Tighe*
Jennifer Hadley Catero
Patrick A. Tighe
One East Washington Street, Suite 2700
Phoenix, AZ 85004-2556

*Attorneys for Defendant Jeffrey Ubben*

and

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Neal R. Marder (*Admitted Pro Hac Vice*)
Joshua A. Rubin (*Admitted Pro Hac Vice*)
Jessica J. Mannon (*Admitted Pro Hac Vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022