**HATCH LAW GROUP PC**
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
(801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com
snow@hatchpc.com

**WALLIN HESTER, PLC**
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 E. Pecos Rd., #332
Gilbert, AZ 85295
(480) 240-4150
TWallin@wallinhester.com
C.Hester@wallinhester.com
*Attorneys for Defendant Trevor Milton*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE OF SERVICE OF DEFENDANT TREVOR MILTON'S REBUTTAL EXPERT DISCLOSURES** |

Notice is hereby given that Defendant Trevor Milton, through counsel, has on this 26th day of September 2025, caused to be served by email a copy of Defendant Trevor Milton's Rebuttal Expert Disclosures to:

1  Gary A. Gotto, *ggotto@kellerrohrback.com*
2  **KELLER ROHRBACK LLP**
   3101 N. Central Ave., Ste. 1400
3  Phoenix, AZ 85012

4  *Liaison Counsel for Lead Plaintiffs*

5
   Jeremy A Lieberman, *Jalieberman@pomlaw.com*
6  Michael J. Wernke, *mjwernke@pomlaw.com*
   **POMERANTZ LLP**
7  600 3rd Ave., 20th Fl.
8  New York, NY 10016

9  Jeffrey C. Block, *jeff@blockleviton.com*
10 Jacob Walker, *jake@blockleviton.com*
   Brendan Jarboe, *brendan@blockleviton.com*
11 Michael Gaines, *michael@blockleviton.com*
   Mark B. Byrne, *mark@blockleviton.com*
12 **BLOCK & LEVITON LLP**
13 260 Franklin St., Ste. 1860
   Boston, MA 02110
14
15 *Counsel for Lead Plaintiffs*

16 James T. Christie, *JChristie@labaton.com*
   Jacqueline R. Meyers, *JMeyers@labaton.com*
17 Michael P. Canty, *mcanty@labaton.com*
18 David J. Schwartz, *dschwartz@labaton.com*
   **LABATON KELLER SUCHAROW LLP**
19 140 Broadway
20 New York, NY 10005

21 *Additional Counsel for Lead Plaintiffs*

22 Jennifer H. Catero, *jcatero@swlaw.com*
23 Patrick A. Tighe, *ptighe@swlaw.com*
   **SNELL & WILMER LLP**
24 1 East Washington St., Ste. 2700
   Phoenix, AZ 85004
25

26

27

28

1

2
Neal R. Marder, *nmarder@akingump.com*
Joshua A. Rubin, *rubinj@akingump.com*
**AKIN GUMP STRAUSS HAUER & FELD - LOS ANGELES**

3
1999 Avenue of The Stars, Ste. 600
Los Angeles, CA 90067

4

5
*Attorneys for Jeffrey Ubben*

6
Geoffrey M.T. Sturr, *gsturr@omlaw.com*

7
Travis C. Hunt, *thunt@omlaw.com*
Alexandra N. Karpurk, *akarpurk@omlaw.com*

8
**OSBORN MALEDON PA**
2929 N. Central Ave., Ste. 2000

9
Phoenix, Arizona 85012

10

11
*Attorneys for Mark Russell and Kim Brady*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED September 26, 2025

2

3                                              HATCH LAW GROUP PC
                                               By:  */s/ Tyler V. Snow*
4                                              Brent O. Hatch (*pro hac vice*)
                                               Adam M. Pace (*pro hac vice*)
5                                              Tyler V. Snow (*pro hac vice*)
                                               22 E. 100 S., Suite 400
6                                              Salt Lake City, UT 84111
                                               (801) 869-1919
7

8                                              WALLIN HESTER PLC
                                               Troy A. Wallin (No. 023522)
9                                              Chad A. Hester (No. 022894)
                                               1760 E. Pecos Rd. #332
10                                             Gilbert, AZ 85295
                                               (480) 240-4150
11

12                                             *Attorneys for Defendant Trevor Milton*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to the parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Tyler V. Snow*
Tyler V. Snow