Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

*Additional attorneys on signature block*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

1   Class Representatives George Mersho and Vincent Chau ("Plaintiffs") and Defendants Mark A. Russell, Kim J. Brady, Jeffrey W. Ubben and Trevor Milton ("Individual Defendants" and, together with Defendant Nikola Corporation ("Nikola"), the "Defendants") respectfully provide this Report, pursuant to the Court's March 27, 2025 Order (ECF No. 247), to inform the Court of settlement talks between the Parties to date.

On December 5, 2022, Plaintiffs and the Defendants Nikola, Russell and Brady participated in a full-day in-person mediation before retired United States District Court Judge Layn R. Phillips of Phillips ADR. The session ended without any agreement being reached. Thereafter, the parties continued discussions with Judge Phillips as well as Greg Danilow and Niki Mendoza of Phillips ADR (the "Mediators"), exploring the possibility of a settlement. The parties participated in a second half-day mediation session via zoom on April 3, 2023. The session ended without any agreement being reached.

On January 5, 2025, Plaintiffs and all Defendants – Nikola, Russell, Brady, Ubben and Milton – participated in a full-day in-person mediation session before Greg Danilow and Nikki Mendoza of Phillips ADR. The session ended without any agreement being reached.

Thereafter, Plaintiffs and all Defendants except Milton – *i.e.* Nikola, Russell, Brady and Ubben – (the "Settling Parties") continued discussions with the mediators and, on January 15, 2025, the Settling Parties agreed to settle, which was memorialized in a term sheet executed and finalized on January 28, 2025 (the "Term Sheet"). The Term Sheet set forth the material terms of the settlement, including Nikola's obligation – in the event that it files for bankruptcy – to file a motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the bankruptcy court's approval of the settlement agreement in connection with seeking confirmation of any plan of reorganization or liquidation filed in such Bankruptcy Case (the "Plan").

On February 19, 2025, Nikola filed a voluntary petition for relief under Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). See ECF No. 239.

1   On March 10, 2025, the Settling Parties informed the Court of the settlement in principle. ECF No. 243.

On March 28, 2025, Plaintiffs' counsel was informed by Nikola's counsel as well as Nikola's bankruptcy counsel that Nikola would not be filing a motion under Rule 9019 or otherwise presenting or defending the settlement for approval by the Bankruptcy Court. Absent the filing and grant of the Rule 9019 motion, Plaintiffs and the class would receive no consideration under the terms of the proposed settlement

On April 4, 2025, Plaintiffs informed the Court of Nikola's refusal to comply with the settlement Term Sheet. ECF No. 248.

On October 7, 2025, Plaintiffs and all Individual Defendants conferred via teleconference concerning the prospect of settlement. The meeting ended without any agreement being reached.

The Parties, at this time, do not seek assistance from the Court in settling the case.

**RESPECTFULLY SUBMITTED** on October 14, 2025.

**KELLER ROHRBACK LLP**
By: */s/ Gary Gotto*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Attorneys for Class Representatives
 and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)

Michael Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Class Counsel*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline Meyers (*pro hac vice*)

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel*

**AKIN GUMP STRAUSS HAUSER & FELD LLP**
Neal R. Marder (*pro hac vice*)
Joshua A. Rubin (*pro hac vice*)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
nmarder@akingump.com
rubinj@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**OSBORN MALEDON, P.A.**
Geoffrey M.T. Sturr, No. 014063
Travis C. Hunt, No. 035491
Allie Karpurk, No. 037029
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2838
(602) 640-9000
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

*Attorneys for Defendants*
*Mark A. Russell and Kim J. Brady*

**HATCH LAW GROUP PC**
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
(801) 240-4150

*Attorneys for Defendant Trevor Milton*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Gary Gotto*
Gary Gotto, Esq.