Jennifer Hadley Catero (#018380)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: jcatero@swlaw.com
       ptighe@swlaw.com

M. Scott Barnard (*Pro Hac Vice* forthcoming)
Jessica J. Mannon (Admitted *Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
Email: sbarnard@akingump.com
       jmannon@akingump.com

*Attorneys for Defendant Jeffrey Ubben*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation; Trevor Milton; Mark A. Russell; Kim J. Brady; Britton M. Worthen; Steve Girsky; Steven Shindler; and Jeffrey Ubben,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT ON ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT** |

Defendants Trevor R. Milton, Kim J. Brady, Mark A. Russell and Jeffrey Ubben (collectively, "Defendants") hereby move this Court to allow the parties to exceed the page limits set forth in LRCiv. 7.2(e) for purposes of the parties' respective motions for summary judgment.

1. Given the multitude and complexity of the issues in this case, including the length of the operative Complaint (295 pages), which alleges dozens of misstatements across nine categories of alleged fraud, Defendants respectfully propose the following page limits:

| Brief | Current Page Limit | Proposed Page Limit |
|---|---|---|
| Opening Memoranda in support of motions | 17, exclusive of attachments and any required statement of facts | 30, exclusive of attachments and any required statement of facts |
| Opposition/Response Memoranda | 17, exclusive of attachments and any required statement of facts | 30, exclusive of attachments and any required statement of facts |
| Reply Briefs | 11, exclusive of attachments | 15, exclusive of attachments |

2. Counsel for Defendants have conferred with counsel for Plaintiffs, who are agreeable to an extension of the permitted page limits of up to 20 pages for opening and opposition memoranda, and 15 pages for replies.

3. However, given that Defendants anticipate seeking summary judgment on multiple elements of Plaintiffs' securities claims for each statement at issue, and because these motions were brought under Federal Rule of Civil Procedure 56, Defendants must not only address the legal deficiencies in Plaintiffs' claims, but also marshal and present the evidentiary record in a clear and organized manner. Defendants are mindful of the Court's interest in efficiency and conciseness. However, given the volume of allegations and the legal issues raised, Defendants respectfully disagree that a 3-page extension is sufficient and instead request a 1-page limit for approximately every 10 pages of the operative complaint. Defendants are prepared to work with Plaintiffs to streamline issues where possible and to avoid unnecessary repetition.

DATED this 15th day of October, 2025.

**SNELL & WILMER L.L.P.**

By: *s/ Jennifer Hadley Catero*
Jennifer Hadley Catero
Patrick A. Tighe
One East Washington Street, Suite 2700
Phoenix, AZ 85004-2556

and

**AKIN GUMP STRAUSS HAUER & FELD LLP**

M. Scott Barnard (*Pro Hac Vice* forthcoming)
Jessica J. Mannon (Admitted *Pro Hac Vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201

*Attorneys for Defendant Jeffrey Ubben*

**HATCH LAW GROUP PC**

By: *s/ Adam M. Pace (with permission)*
Adam M. Pace
22 E. 100 S., Suite 400
Salt Lake City, UT 84111


*Attorneys for Defendant Trevor Milton*

**OSBORN MALEDON PA**

By: *s/ Travis Charles Hunt (with permission)*
Travis Charles Hunt
PO Box 36379
Phoenix, AZ 85067

*Attorneys for Mark Russell and Kim Brady*