IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Nikola Corporation, et al.,<br><br>    Defendants. | No. CV-20-01797-PHX-SPL<br><br>No. CV-20-01819-PHX-SPL (cons.)<br>No. CV-20-02123-PHX-SPL (cons.)<br>No. CV-20-02237-PHX-SPL (cons.)<br>No. CV-20-02374-PHX-SPL (cons.)<br><br>**ORDER** |

   Before the Court is Defendants' unopposed Motion to Exceed (Doc. 309), in which they request permission for the parties to file their summary judgment motions in excess of the page limitation set forth in LRCiv 7.2. The parties state that thirty (30) pages are needed for any motion for summary judgment and corresponding response brief to adequately address both the lengthy complaint and complex legal issues. The Court finds this to be an insufficient basis for the *significant* page extension. If matters are complex, it is counsel's responsibility to be clear and concise. The Court will, however, give leave for the parties to file a motion and response not to exceed twenty-four (24) pages each, and replies not to exceed thirteen (13) pages.

///

///

///

///

///

Accordingly,

**IT IS ORDERED** that the Motion to Exceed (Doc. 309) is **granted as modified**.

**IT IS FURTHER ORDERED** that Motions for Summary Judgment and any subsequent Responses shall not exceed **twenty-four (24) pages**, and Replies shall not exceed **thirteen (13) pages**.

Dated this 28th day of October, 2025.

*Michael T. Liburdi*
Judge Michael T. Liburdi for Judge Steven P. Logan
United States District Judge