Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:    (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

## LEAD PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1    TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

2        Please take notice that Lead Plaintiffs and Certified Class Representatives George

3    Mersho and Vincent Chau hereby move for Partial Summary Judgment  with respect to: (1)

4    Defendant Trevor Milton's liability based on collateral estoppel in light of his criminal

5    convictions for securities and wire fraud, this Court's affirmation of the arbitration finding

6    entered against him, and the findings of the U.S. Bankruptcy Court for the District of

7    Delaware in the matter of Nikola's bankruptcy; and (2) the element of reliance based on the

8    fraud-on-the-market theory.

9        Plaintiffs' motion is based upon the accompanying Memorandum of Law; Statement

10   of Undisputed Material Facts; the Declaration of Jeffrey C. Block; and any other evidence or

11   argument Plaintiffs may present in support of their motion.

12       In accordance with Rule 56.1 of the Local Rules for the U.S. District Court for the

13   District of Arizona, any opposing party may, unless otherwise ordered by the Court, have

14   thirty (30) days after service within which to serve and file a responsive memorandum in

15   opposition.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   November 3, 2025

Respectfully submitted,

2   **KELLER ROHRBACK LLP**

3   By:   /s/ Gary Gotto
       Gary Gotto (No. 007401)
4      3101 North Central Avenue, Suite 1400
       Phoenix, AZ 85012
5      Telephone:   (602) 230-6322
       ggotto@kellerrohrback.com

6

7   *Liaison Counsel for Lead Plaintiffs*
    *Nikola Investor Group II and for the Class*

8   **POMERANTZ LLP**
    Jeremy A. Lieberman (*pro hac vice*)
9   Michael J. Wernke (*pro hac vice*)
    600 Third Avenue, 20th Floor
10  New York, NY 10016
    Telephone:   (212) 661-1100
11  Facsimile:   (212) 661-8665
    jalieberman@pomlaw.com
12  mjwernke@pomlaw.com

13  **BLOCK & LEVITON LLP**
    Jeffrey C. Block (*pro hac vice*)
14  Jacob A. Walker (*pro hac vice*)
    Michael D. Gaines (*pro hac vice*)
15  260 Franklin Street, Suite 1860
    Boston, MA 02110
16  Telephone:   (617) 398-5600
    Facsimile:   (617) 507-6020
17  jeff@blockleviton.com
    jake@blockleviton.com
18  michael@blockleviton.com

19  *Counsel for Lead Plaintiffs Nikola Investor*
    *Group II and Co-Lead Counsel for the Class*
20
    **LABATON KELLER SUCHAROW**
21  **LLP**
    Michael P. Canty (*pro hac vice*)
22  James T. Christie (*pro hac vice*)
    Jacqueline R. Meyers (*pro hac vice*)
23  140 Broadway
    New York, NY 10005
24  Telephone:   (212) 907-0700
    Facsimile:   (212) 818-0477
25  mcanty@labaton.com
    jchristie@labaton.com
26  jmeyers@labaton.com

27
    *Additional Counsel for Lead Plaintiffs*
28  *Nikola Investor Group II*

1

2

3

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

6

7

/s/ Gary Gotto
Gary Gotto

8

9

10

11

12

13

14

15

16

**CERTIFICATE OF CONFERRAL PER CASE MANAGEMENT ORDER**

I hereby certify that, per the Case Management Order, on October 22, 2025, Plaintiffs' exchanged a two-page statement describing their anticipated motion for partial summary judgment with counsel for all Parties, provided responses to Defendant Ubben and Defendants Russell and Brady's two-page statements on October 24, 2025, provided a response to Defendant Milton's two-page statement on October 28, 2025, and conferred via videoconference with counsel for all Parties concerning the substance of the forthcoming motions for summary judgment on October 28, 2025.

17

18

/s/ Gary Gotto
Gary Gotto

19

20

21

22

23

24

25

26

27

28