Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Nikola Corporation, et al.,<br><br>　　　　　　　Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

**JOINT STIPULATION EXTENDING DEADLINES FOR BRIEFING ON MOTION TO EXCLUDE TESTIMONY**

Pursuant to Local Rule 7.3 and for good cause, Lead Plaintiffs and Certified Class Representatives George Mersho and Vincent Chau, ("Plaintiffs") and Defendants Mark A. Russell and Kim J. Brady (the "Stipulating Defendants" and, together with Plaintiffs the "Stipulating Parties"), hereby submit this joint stipulation.

## RECITALS

WHEREAS, on November 3, 2025, motions per the Court's Order of March 27, 2025 (ECF No. 247), all parties filed dispositive motions in this matter. *See* ECF Nos. 316, 328, 330, and 333.

WHEREAS, under Local Rule 56.1(d), Plaintiffs have 30 days to respond to the three pending motions for summary judgment filed by Defendant Milton, Defendant Ubben, and Defendants Russell and Brady respectively. LRCiv. 56.1(d). Defendants have 15 days after service of any opposition memorandum within which to serve and file a reply. *Id*.

WHEREAS, on November 3, 2025, the Stipulating Defendants also filed a motion to exclude the testimony of Plaintiffs' financial expert witness, Dr. Zachary Nye, Ph.D. ECF No. 330.

WHEREAS, under Local Rule 7.2(c), unless otherwise ordered by the Court, Plaintiffs have 14 days within which to serve and file a responsive memorandum to the Stipulating Defendants motion to exclude the testimony of Dr. Nye. LRCiv. 7.2(c). Thereafter, the Stipulating Defendants have 7 days within which to serve and file a reply. Id.

WHEREAS, counsel for Plaintiffs and Defendants Russell and Brady conferred on November 5, 2025, and agreed that, in light of the overlapping issues and for the mutual convenience of the Stipulating Parties, harmonizing the briefing schedules of the pending motions for summary judgment with the schedule for the motion to exclude was mutually agreeable and without prejudice to any Party, and aligning the briefing schedule for this motion with the summary judgment motions will not delay the Court's resolution of the various motions for summary judgment.

WHEREAS, no previous extension concerning the briefing schedule for the Stipulating Defendants' Motion to exclude the testimony of Dr. Nye has been sought.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. Plaintiffs shall respond to the Stipulating Defendants Motion to Exclude the Testimony of Dr. Nye on or before December 3, 2025.

2. The Stipulating Defendants shall reply to any such response on or before December 18, 2025.

3. Nothing herein shall be deemed to constitute a waiver of any arguments or defenses with respect to any of the pending motions.

**IT IS SO STIPULATED** this 7th day of November 2025.

November 7, 2025                                     Respectfully submitted,

**KELLER ROHRBACK LLP**

By:   /s/ Gary Gotto
      Gary Gotto (No. 007401)
      3101 North Central Avenue, Suite 1400
      Phoenix, AZ 85012
      Telephone:   (602) 230-6322
      ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone:   (617) 398-5600
Facsimile:    (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

|   |   |
|---|---|
| 1 | |
| 2 | **LABATON KELLER SUCHAROW LLP** |
| 3 | Jonathan Gardner (*pro hac vice*) |
|   | James T. Christie (*pro hac vice*) |
| 4 | David J. Schwartz (*pro hac vice*) |
|   | 140 Broadway |
| 5 | New York, NY 10005 |
|   | Telephone:  (212) 907-0700 |
| 6 | Facsimile:   (212) 818-0477 |
|   | jgardner@labaton.com |
| 7 | jchristie@labaton.com |
|   | dschwartz@labaton.com |
| 8 | *Additional Counsel for Lead Plaintiffs* |
| 9 | *Nikola Investor Group II* |
| 10 | **OSBORN MALEDON, P.A.** |
|   | Geoffrey M.T. Sturr, No. 014063 |
| 11 | Travis C. Hunt, No. 035491 |
|   | Allie Karpurk, No. 037029 |
| 12 | 2929 North Central Avenue, Suite 2000 |
|   | Phoenix, Arizona 85012-2838 |
| 13 | (602) 640-9000 |
|   | gsturr@omlaw.com |
| 14 | thunt@omlaw.com |
|   | akarpurk@omlaw.com |
| 15 | |
|   | *Attorneys for Defendants* |
| 16 | *Mark A. Russell and Kim J. Brady* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Gary Gotto*
Gary Gotto