Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Nikola Corporation, et al.,<br><br>  Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

**PLAINTIFFS' THIRD STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY**

Per this Court's Order of June 3, 2025 (ECF No. 278), Class Representatives George Mersho and Vincent Chau ("Plaintiffs") respectfully submit this status report concerning the bankruptcy proceedings of Defendant Nikola Corporation ("Nikola").

As noted in Plaintiffs' previous status report, at a hearing on September 5, 2025, the United States Bankruptcy Court for the District of Delaware overruled all objections and approved Nikola's Second Amended Disclosure Statement and Liquidation Plan (the "Plan"). *See* ECF No. 289. Both Milton and Plaintiffs objected to the Plan. The Bankruptcy Court held, in relevant part, that Defendant Trevor Milton's criminal conviction and the arbitration award issued against him established that Milton committed misconduct in the form of fraud, illegality, and breach of fiduciary duties, and that those determinations are entitled to a preclusive effect notwithstanding his receipt of a presidential pardon. *Id*. The Court separately found that Plaintiffs' claim on behalf of the Class based on Nikola's settlement was subordinated and extinguished under 11 U.S.C. § 510(b). *Id*.

On September 12, 2025, Plaintiffs filed a notice of appeal and on September 25, 2025, Milton filed a notice of appeal. The appeal is now pending before the United States District Court for the District of Delaware (*In re Nikola Corporation*, Case No. 1:25-cv-01194 (D. Del.)).

At a hearing on November 26, 2025, the Bankruptcy Court denied a motion brought by Nikola seeking to strike some issues designated in Milton's appeal of the order approving Nikola's Chapter 11 plan. *See In re Nikola Corp*., Dkt. No. 1327, Case No. 1:25-bk-10258 (Bankr. D. Del. Nov. 26, 22025).

December 1, 2025                    Respectfully submitted,

**KELLER ROHRBACK LLP**

By:  /s/ Gary Gotto
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs
Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Gary Gotto*
Gary Gotto
