Geoffrey M.T. Sturr, No. 014063
Travis C. Hunt, No. 035491
Allie Karpurk, No. 037029
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2838
(602) 640-9000
gsturr@omlaw.com
thunt@omlaw.com
akarpurk@omlaw.com

Attorneys for Defendants
Mark A. Russell and Kim J. Brady

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel Borteanu, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.<br><br>Defendants. | No. 2:20-cv-01797-PHX-SPL<br>   2:20-cv-01819-PHX- (cons.)<br>   2:20-cv-02123-PHX-JJT (cons.)<br>   2:20-cv-02168-PHX-DLR (cons.)<br>   2:20-cv-02237-PHX-DLR (cons.)<br>   2:20-cv-02374-PHX-DWL (cons.)<br><br>**DECLARATION OF ALLIE KARPURK IN SUPPORT OF DEFENDANTS MARK A. RUSSELL AND KIM J. BRADY'S RESPONSE TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT** |
|---|---|

I, Allie Karpurk, make the following declaration in support of Defendants' Russell's and Brady's Response to Plaintiffs' Partial Motion for Summary Judgment.

1. I have personal knowledge of the facts set forth in this declaration.

2. I am one of the attorneys representing Defendants Russell and Brady in this action.

3. The document attached to Defendants' Russell's and Brady's Contravening Statement of Facts in Support of their Response to Plaintiffs' Partial Motion for Summary

1  Judgment as Exhibit A is an accurate copy of excerpts of Mark A. Russell's June 10, 2025
2  deposition in this matter.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on this 3rd day of December, 2025.

                                                                         */s/Allie Karpurk*
                                                                         Allie Karpurk