Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:   (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class appear on the Signature Page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

**LEAD PLAINTIFFS' OPPOSITION TO AND MOTION TO STRIKE DEFENDANT UBBEN'S NOTICE OF JOINDER AND JOINDER**

1    Lead Plaintiffs and Certified Class Representatives George Mersho and Vincent Chau respectfully submit this Opposition to and Motion to Strike Defendant Ubben's Notice of Joinder and Joinder to Defendant Russell and Brady's Motion to Exclude Opinions of Dr. Zachary Nye, Ph.D. (ECF No. 336). The filing that Ubben styles as a "Joinder" is, in fact, an untimely attempt to make his own motion to exclude expert witness Dr. Zachary Nye's opinions. As this Court has previously recognized, untimely and improper filings are properly stricken. *See Avrahami v. Clark*, 2020 WL 2319922, at *9 (D. Ariz. May 8, 2020) (Logan, J.) (striking one defendant's joinder with another defendant's motion to dismiss for being untimely).

Local Civil Rule 7.2(m) authorizes motions "to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a … court order." This Court's March 27, 2025 Order set a November 3, 2025 deadline to file any dispositive motion. ECF No. 247, at 2. Defendant Ubben's Notice of Joinder and Joinder, filed November 7, 2025, is plainly not authorized by the court-ordered deadline. *See Burr v. Clark Cnty. Dep't of Fam. Servs.*, 2023 WL 5940017, at *4 (D. Nev. Sept. 12, 2023) ("Querrer's failure to file her partial joinder [with another defendant's motion for summary judgment] in accordance with the scheduling order renders her pleading noncompliant and violative of this court's rules."); *Facebook, Inc. v. OnlineNIC Inc.*, 2022 WL 161893, at *3 (N.D. Cal. Jan. 18, 2022) (striking untimely joinder with another defendant's motion to dismiss); *Avrahami*, 2020 WL 2319922, at *9.

Furthermore, Ubben's filing seeks to do more than simply join in the request for relief sought by Defendants Russell and Brady. Ubben makes two pages of separate legal argument and submits excerpts from a previously un-filed rebuttal report of his own retained expert, Dr. Glenn Hubbard. *See* ECF No. 336, at 1 ("Defendant Jeffrey Ubben … adopts those arguments as his own, for the reasons stated therein. Additionally, Ubben asserts the following:…."); ECF No. 336-2 ("Attached to Defendant Jeffrey Ubben's Notice of Joinder and Joinder to Defendant Mark A. Russell and Kim J. Brady's Daubert Motion as Exhibit A is a true and correct copy of excerpts of Dr. Glenn Hubbard's Expert Rebuttal Report (September 26, 2025)."). The Court has already allocated limited pages to the Parties' briefing on dispositive

1  motions, *see* ECF No. 314, and Lead Plaintiffs were not afforded separate pages to respond
2  to Ubben's untimely, mislabeled filing. This "supplemental brief[] disguised as [a] joinder …
3  amount[s] to [a] rogue filing[]" that should be stricken from the record. *Snow Covered Cap.,*
4  *LLC v. Fonfa*, 2023 WL 3884631, at *1 (D. Nev. June 8, 2023).

5        If the Court, in its discretion, elects to nonetheless consider the untimely arguments
6  and evidence submitted in Ubben's "Joinder," Lead Plaintiffs submit that his arguments fail
7  for the same reasons stated in Lead Plaintiff's Opposition to Defendants Russell and Brady's
8  Daubert Motion to Exclude the Opinions of Dr. Zachary Nye, Ph.D, ECF No. 347.

| | | |
|---|---|---|
| December 4, 2025 | | Respectfully submitted, |
| | | **KELLER ROHRBACK LLP** |
| | By: | /s/ Gary Gotto<br>Gary Gotto (No. 007401)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Telephone: (602) 230-6322<br>ggotto@kellerrohrback.com |

*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

/s/ Gary Gotto
Gary Gotto