Gary A. Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs
and for the Class*

(*Lead Counsel for Lead Plaintiffs
and for the Class appear on the Signature Page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**NOTICE OF SUBSEQUENT DEVELOPMENT** |

1  Lead Plaintiffs and Certified Class Representatives Vincent Chau and George Mersho respectfully submit this notice of subsequent development in support of Lead Plaintiffs' pending Motion for Partial Summary Judgment (ECF No. 316) (the "Motion").

Lead Plaintiffs' Statement of Undisputed Material Facts (ECF No. 317) and accompanying memorandum of law in support of the Motion (ECF No. 316-1) describe the decision by the United States District Court for the District of Arizona to confirm an arbitration panel's ruling against Defendant Milton. ECF No. 317, at ¶15; ECF No. 316-1, at 9, 14.

After the close of briefing concerning the Motion, on February 5, 2026, the Ninth Circuit denied Defendant Milton's appeal of this Court's decision confirming the arbitration award and affirmed the District Court's confirmation of the $167.727 million arbitration award Defendant Milton owes to Nikola Corporation. The mandate issued and was filed in the District Court on March 3, 2026. *See Nikola Corp. v. Trevor R. Milton*, No. 2:23-cv-02635-DJH-DMF at ECF Nos. 94, 94-1 (D. Ariz. Mar. 3, 2026).

A true and correct copy of the Ninth Circuit's decision is attached hereto as Exhibit A. Lead Plaintiffs respectfully submit that these proceedings are relevant to the issues pending before the Court.

March 12, 2026

Respectfully submitted,

By: /s/ *Gary Gotto*
Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 230-6322
ggotto@kellerrohrback.com

*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone:   (617) 398-5600
Facsimile:    (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com

*Counsel for Lead Plaintiffs Nikola Investor Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com

*Additional Counsel for Lead Plaintiffs Nikola Investor Group II*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

/s/ Gary Gotto
Gary Gotto