Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:    (602) 230-6322
Email:  ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**DECLARATION OF BRENDAN JARBOE REGARDING ADDITIONAL REQUEST FOR EXCLUSION FROM THE CERTIFIED CLASS** |

I, Brendan Jarboe, declare as follows:

1.      I am an attorney admitted to practice before this Court *pro hac vice.* I am a member of the law firm Block & Leviton LLP ("Block & Leviton"), counsel for Lead Plaintiffs and Certified Class Representatives and Co-Lead Counsel for the Class.

2.      On November 25, 2025, this Court entered an Order granting Lead Plaintiffs' motion to approve class notice (the "Class Notice Order"). ECF No. 338. The Class Notice Order directed "that within **ten (10) days** after the period allowed for Class Members to request exclusion has expired, Class Counsel shall promptly file all such requests for exclusion with the Court and serve copies of the same on all parties." *Id.* at 8.

3.      The deadline to request exclusion from the certified class expired on February 23, 2026. On March 5, 2026, Class Counsel filed with the Court all exclusion requests received within ten (10) days after the deadline to request exclusion expired. ECF Nos. 367, 368.

4.      On March 16, 2026, the Court-appointed Claims Administrator, Strategic Claims Services, received an additional request for exclusion (the "Exclusion Request").

5.      Attached hereto as **Exhibit 1** is a true and correct copy of the Exclusion Request received by the Notice Administrator on March 16, 2026. The Exclusion Request has been redacted to remove personal identifying information consistent with this Court's guidance. Unredacted copies of the Exclusion Request have been provided to counsel of record for all parties in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2026.

/s/ *Brendan Jarboe*
Brendan Jarboe