Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:    (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor
Group II and for the Class*

(*Lead Counsel for Lead Plaintiffs Nikola Investor
Group II and for the Class appear on the Signature Page*)

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.) |

### PLAINTIFFS' FIFTH STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY

PLAINTIFFS' 5TH STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY
NO. CV-20-01797-PHX-SPL No. CV-20-01797-PHX-SPL

1

Per this Court's Order of June 3, 2025 (ECF No. 278), Class Representatives George Mersho and Vincent Chau ("Plaintiffs") respectfully submit this status report concerning the ongoing bankruptcy proceedings of Defendant Nikola Corporation ("Nikola").

The appeals of the orders entered in the matter of Nikola's bankruptcy initiated by both Defendant Trevor Milton and Plaintiffs remain pending before the United States District Court for the District of Delaware (*In re Nikola Corporation*, Case No. 1:25-cv-01194).

June 1, 2026                                    Respectfully submitted,

**KELLER ROHRBACK LLP**

By:     */s/ Gary Gotto*
        Gary Gotto (No. 007401)
        3101 North Central Avenue, Suite 1400
        Phoenix, AZ 85012
        Telephone:    (602) 230-6322
        ggotto@kellerrohrback.com

        *Liaison Counsel for Lead Plaintiffs*
        *Nikola Investor Group II and for the Class*

        **POMERANTZ LLP**
        Jeremy A. Lieberman (*pro hac vice*)
        Michael J. Wernke (*pro hac vice*)
        600 Third Avenue, 20th Floor
        New York, NY 10016
        Telephone:    (212) 661-1100
        jalieberman@pomlaw.com
        mjwernke@pomlaw.com

        **BLOCK & LEVITON LLP**
        Jeffrey C. Block (*pro hac vice*)
        Jacob A. Walker (*pro hac vice*)
        Michael D. Gaines (*pro hac vice*)
        Brendan Jarboe (*pro hac vice*)
        Mark Byrne (*pro hac vice*)
        260 Franklin Street, Suite 1860
        Boston, MA 02110
        Telephone:    (617) 398-5600
        jeff@blockleviton.com
        jake@blockleviton.com
        michael@blockleviton.com
        brendan@blockleviton.com
        mark@blockleviton.com

        *Counsel for Lead Plaintiffs Nikola Investor*
        *Group II and Co-Lead Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Jacqueline R. Meyers (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com
jmeyers@labaton.com


*Additional Counsel for Lead Plaintiffs
Nikola Investor Group II*

PLAINTIFFS' 5TH STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY
NO. CV-20-01797-PHX-SPL NO. CV-20-01797-PHX-SPL

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties through the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Gary Gotto*
Gary Gotto

PLAINTIFFS' 5TH STATUS REPORT CONCERNING DEFENDANT NIKOLA CORPORATION'S PENDING BANKRUPTCY
NO. CV-20-01797-PHX-SPL No. CV-20-01797-PHX-SPL

4