Gary Gotto (No. 007401)
**KELLER ROHRBACK LLP**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
Email: ggotto@kellerrohrback.com
*Liaison Counsel for Lead Plaintiffs Nikola Investor Group II and for the Class*

*Additional attorneys on signature block*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**JOINT NOTICE OF READINESS FOR FINAL PRETRIAL CONFERENCE** |

Pursuant to Section VI of the Court's Order dated March 8, 2024 (ECF No. 173), Class Representatives George Mersho and Vincent Chau ("Plaintiffs") and Defendants Trevor Milton, Mark A. Russell and Kim J. Brady ("Defendants" and, together with Plaintiffs, the "Parties"), through their counsel, hereby give notice of their readiness for the Final Pretrial Conference in the above-referenced matter.

On September 9, 2026, the Court resolved all pending dispositive motions. ECF No. 337. In that Order, the Court granted Defendant Jeffrey W. Ubben's motion for summary judgment. Plaintiffs intend to timely file a motion for reconsideration of that Order or, in the alternative, entry of judgment under Fed. R. Civ. P. 54(b) as to Defendant Ubben so that Plaintiffs may appeal that Order.

Plaintiffs respectfully request that the Final Pretrial Conference be scheduled no sooner than February 8, 2027, or sixty (60) days after the final resolution of any such motion or appeal, whichever is later. Defendant Milton does not oppose this request. Defendants Russell and Brady take no position as to this request.

**RESPECTFULLY SUBMITTED** on September 15, 2026.

**KELLER ROHRBACK LLP**

By: */s/ Gary Gotto*
Gary Gotto (No. 007401)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 230-6322
ggotto@kellerrohrback.com

*Attorneys for Class Representatives and for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212-661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Michael Gaines (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Mark Byrne (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com
jake@blockleviton.com
michael@blockleviton.com

*Class Counsel*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
David J. Schwartz (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Additional Counsel*

**OSBORN MALEDON, P.A.**
By: s/ Travis C. Hunt
Geoffrey M.T. Sturr (No. 014063)
Travis C. Hunt (No. 035491)
Allie Karpurk (No. 037029)
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Defendants Mark A. Russell and Kim J. Brady*

**HATCH LAW GROUP PC**

By: */s/ Adam M. Pace*
Brent O. Hatch (*pro hac vice*)
Adam M. Pace (*pro hac vice*)
Tyler V. Snow (*pro hac vice*)
22 E. 100 S., Suite 400
Salt Lake City, UT 84111
(801) 869-1919

**WALLIN HESTER PLC**
Troy A. Wallin (No. 023522)
Chad A. Hester (No. 022894)
1760 E. Pecos Rd. #332
Gilbert, AZ 85295
(480) 240-4150

*Attorneys for Defendant Trevor Milton*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Gary Gotto*
Gary Gotto, Esq.